| United States Bankruptcy Court<br>**Western District of Kentucky** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mark Crush, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Crush Co.; DBA CrushCo; DBA Crush Bearing Co.;**<br>**DBA Crush Bearings and Drives; DBA Crush Drives and**<br>**Bearings; DBA Crush Bearings and Drives of Louisville;**<br>**DBA M C Machine** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**27-3027258** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**325 Baxter Avenue**<br>**Louisville, KY**<br><br>ZIP Code **40204** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jefferson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Mark Crush, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Mark Crush, LLC**

**Signatures**

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Michael W. McClain**
Signature of Attorney for Debtor(s)

**Michael W. McClain 89396**
Printed Name of Attorney for Debtor(s)

**Ballinger McClain, PLLC**
Firm Name

**9720 Park Plaza Avenue**
**Suite 102**
**Louisville, KY 40241**

Address

**Email: mike@kentuckytrial.com**
**(502) 426-3215  Fax: (502) 426-3216**
Telephone Number

**October 27, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mark Crush**
Signature of Authorized Individual

**Mark Crush**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**October 27, 2011**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Mark Crush, LLC**                                 Case No. _____

                                      Debtor(s)            Chapter     **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                   SOURCE

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                   SOURCE

**3. Payments to creditors**

None ■ ***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Drives and Conveyors Inc. v. Mark Crush, LLC, d/b/a M C Machine and d/b/a Crush Bearings & Drives of Louisville** | **Collection Action** | **Whitley District Court (Corbin Div.), Case #11-C-00264** | **Complaint filed 6/30/11** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

**5. Repossessions, foreclosures and returns**

None
☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
☐ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ballinger McClain, PLLC**<br>**9720 Park Plaza Avenue**<br>**Suite 102**<br>**Louisville, KY 40241** | **1/7/11** | **$5,000 (general retainer)** |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ballinger McClain, PLLC**<br>**9720 Park Plaza Avenue**<br>**Suite 102**<br>**Louisville, KY 40241** | **8/19/11** | **$5,000 (retainer for bankruptcy case)** |

### 10. Other transfers

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **First Capital Bank**<br>**13704 Shelbyville Road**<br>**Louisville, KY 40245** | **9/1/11** | **Payoff of line of credit; (Acct. #XXXXXXX-52999)** |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15. Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

ADDRESS                                        NAME USED                              DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT             NOTICE           LAW

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT             NOTICE           LAW

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                      DOCKET NUMBER                     STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
■

   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■

   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■

   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY     INVENTORY SUPERVISOR     DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY     NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS     NATURE OF INTEREST     PERCENTAGE OF INTEREST

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS     TITLE     NATURE AND PERCENTAGE OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME     ADDRESS     DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS     TITLE     DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR     DATE AND PURPOSE OF WITHDRAWAL     AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION     TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **October 27, 2011**                    Signature **/s/ Mark Crush**
                                                                    **Mark Crush**
                                                                    **Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6A (Official Form 6A) (12/07)

In re   **Mark Crush, LLC**                                                                  ,     Case No. _____
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | **0.00** | (Total of this page) |
|  | Total > | **0.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re   **Mark Crush, LLC**
                               ,       Case No. _____
                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                     Sub-Total >       **0.00**
                                            (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

In re   **Mark Crush, LLC**                                   ,       Case No. _____

                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Arrow Electric Co., Inc. - $94.70** **Ohio Asphalt - $569.70** | - | **664.40** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                            Sub-Total >      **664.40**
                                      (Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

In re    **Mark Crush, LLC**
_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Forklift | - | 2,000.00 |

|  | Sub-Total >  (Total of this page) | 2,000.00 |
|---|---|---|
|  | Total > | 2,664.40 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re    **Mark Crush, LLC**                                              ,      Case No. _____

                                                     Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **First Capital Bank of Kentucky**<br>**293 North Hubbards Lane**<br>**P.O. Box 6898**<br>**Louisville, KY 40207** | | - | | | | | | |
| | | | Value $      **0.00** | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Vernon Sales Promotion**<br>**Dept. C**<br>**One Promotion Place**<br>**P.O. Box 600**<br>**Newton, IA 50208-2065** | | - | | | | | | |
| | | | Value $      **0.00** | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Xspedius Communications**<br>**8115 Innovation Way**<br>**Chicago, IL 60682-0081** | | - | | | | | | |
| | | | Value $      **0.00** | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

   __0__   continuation sheets attached

|  | Subtotal<br>(Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 0.00 | 0.00 |

In re   **Mark Crush, LLC**                                                ,   Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                          **0**    continuation sheets attached

In re   **Mark Crush, LLC**                                                    ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**A & A Magnetics<br>P.O. Box 1427<br>Woodstock, IL 60098** | | - | | | | | 0.00 |
| Account No. <br><br>**A & A Manufacturing Co., Inc.<br>P.O. Box 88709<br>Milwaukee, WI 53288-0709** | | - | | | | | 0.00 |
| Account No. <br><br>**A & I Products<br>P.O. Box 8<br>1020 22nd Avenue<br>Rock Valley, IA 51247** | | - | | | | | 0.00 |
| Account No. <br><br>**A & M Machine<br>1101 West Main Street<br>Louisville, KY 40203** | | - | | | | | 0.00 |

__**156**__ continuation sheets attached

Subtotal (Total of this page)   0.00

In re    **Mark Crush, LLC**
                                                                                          ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A & M Machine** 1819 West Main Street Louisville, KY 40204 | - | | | | | | 0.00 |
| Account No. **A & W Bearings & Supply Co.** 4935 Sharp P.O. Box 561069 Dallas, TX 75356-1069 | - | | | | | | 1,188.66 |
| Account No. **A. Arnold World Class Relocation** 5200 Interchange Way Louisville, KY 40229 | - | | | | | | 0.00 |
| Account No. **A.P. Technolgies** P.O. Box 5000 Elizabethtown, KY 42702 | - | | | | | | 0.00 |
| Account No. **AA Machine Inc.** 321 Glenwood Drive Bardstown, KY 40004 | - | | | | | | 0.00 |

Sheet no. __1__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,188.66**

In re    **Mark Crush, LLC**                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **ABC Murray Sprockets, Inc.** 6737 East 8 Mile Road Warren, MI 48091 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **ABF Freight** 3600 Bells Lane Louisville, KY 40211-2121 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **ABL Products, Inc.** 3726 Ridge Road Cleveland, OH 44144-1182 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **AC Brake Co.** 308 East College Street Louisville, KY 40203 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **AC Technology Corp.** 14452 Collection Center Drive Chicago, IL 60693 | - | | | | | | | 0.00 |

Sheet no. __2__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

In re   **Mark Crush, LLC**                                                                    ,          Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **AC Technology Corp.** <br> **630 Douglas Street** <br> **Uxbridge, MA 01569** | - | | | | | | 0.00 |
| Account No. <br><br> **Accurate Bushing** <br> **443 North Avenue** <br> **Garwood, NJ 07027** | - | | | | | | 48.59 |
| Account No. <br><br> **Accushim Inc.** <br> **4601 Lawndale Avenue** <br> **Lyons, IL 60534** | - | | | | | | 0.00 |
| Account No. <br><br> **Acme Auto** <br> **508 Baxter Avenue** <br> **Louisville, KY 40204** | - | | | | | | 0.00 |
| Account No. <br><br> **Acme Power** <br> **578 Broadway** <br> **Great Neck, NY 11026** | - | | | | | | 0.00 |

Sheet no. __3__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            48.59

In re    **Mark Crush, LLC**                                            ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ACP Automation LLC** **9866 Crescent Park Drive** **West Chester, OH 45069** | - | | | | | | 0.00 |
| Account No. **ACR Computer Resources** **211 East Market Street** **New Albany, IN 47150** | - | | | | | | 0.00 |
| Account No. **Acres Electric** **1748 Clunie Lane** **Corydon, IN 47112** | - | | | | | | 0.00 |
| Account No. **ADP, Inc.** **71 Hanover Road** **Florham Park, NJ 07932** | - | | | | | | 0.00 |
| Account No. **Advance Fabricators** **980 Progress Boulevard** **New Albany, IN 47150** | - | | | | | | 1,145.32 |

Sheet no. \_\_**4**\_\_ of \_\_**156**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                               (Total of this page)        **1,145.32**

In re **Mark Crush, LLC**                                                          ,          Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Advanced Industrial** <br> **109 Mercer Court** <br> **Lexington, KY 40511** | - | | | | | | 0.00 |
| Account No. <br><br> **Advanced Industrial Electronic** <br> **11903 Plantside Drive** <br> **Louisville, KY 40299** | - | | | | | | 0.00 |
| Account No. <br><br> **Advanced System Integration &** <br> **9105 Sutton Place** <br> **Hamilton, OH 45011** | - | | | | | | 0.00 |
| Account No. <br><br> **Aflac** <br> **1932 Wynnton Road** <br> **Columbus, GA 31999** | - | | | | | | 0.00 |
| Account No. <br><br> **AGC Automotive** <br> **One Auto Glass Drive** <br> **Elizabethtown, KY 42701** | - | | | | | | 0.00 |

Sheet no. __5__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

          Best Case Bankruptcy

In re **Mark Crush, LLC** _____,  Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Agri-Supply** **3708 Cherry** **Memphis, TN 38118** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Air Float** **110 Elizabeth Street** **Tupelo, MS 38804** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Air Hydro Power** **P.O. Box 34170** **Louisville, KY 40232** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Air-Hydr. Sys./Nebr. Brng. Co.** **NW 7851** **P.O. Box 1450** **Minneapolis, MN 55485-7851** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Akron Bearing Co.** **P.O. Box 7159** **Akron, OH 44306** | - | | | | | | | 0.00 |

Sheet no. __6__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Mark Crush, LLC** _____ ,  Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Akron Bearing Co. 1965 South Arlington Street Akron, OH 44306 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Alcco 6331 Midland Industrial Drive Unit #15 Shelbyville, KY 40065 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Alemite P.O. Box 415000 Nashville, TN 37241 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| All Power Inc. P.O. Box 671 Sioux City, IA 51102 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| All Shred Document Destruction 229 West Breckenridge Street Louisville, KY 40203 | - | | | | | | | 0.00 |

Sheet no. __7__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Mark Crush, LLC** _____ , Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Allan Borja** <br> **79 Swan Way** <br> **Taylorsville, KY 40071** | | - | | | | | 0.00 |
| Account No. <br><br> **Alliance Bearing Industries** <br> **14745 Arminta Street** <br> **Panorama City, CA 91402** | | - | | | | | 3,236.52 |
| Account No. <br><br> **Allied Automation** <br> **5220 East 64th Street** <br> **Indianapolis, IN 46220** | | - | | | | | 0.00 |
| Account No. <br><br> **Allied Bearings and Supply** <br> **5605 Jensen Street** <br> **New Orleans, LA 70123** | | - | | | | | 0.00 |
| Account No. <br><br> **Allied Bearings and Supply** <br> **P.O. Box 54372** <br> **New Orleans, LA 70154-4372** | | - | | | | | 0.00 |

Sheet no. __8__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  3,236.52

In re    **Mark Crush, LLC** _____,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Allied Electric**<br>**P.O. Box 2325**<br>**Attn: Accounts Receivable**<br>**Fort Worth, TX 76113** | - | | | | | | 0.00 |
| Account No. <br><br>**Allied Electric**<br>**8134 New LaGrange Road**<br>**Suite 202**<br>**Louisville, KY 40222** | - | | | | | | 0.00 |
| Account No. <br><br>**Allied Locke Industries, Inc.**<br>**Green River Industrial Park**<br>**P.O. Box 509**<br>**Dixon, IL 61021** | - | | | | | | 0.00 |
| Account No. <br><br>**Allied Metrics**<br>**2 Wilson Drive**<br>**Sparta, NJ 07871** | - | | | | | | 0.00 |
| Account No. <br><br>**Alro Steel Corporation**<br>**Drawer #641005**<br>**P.O. Box 64000**<br>**Detroit, MI 48264-1005** | - | | | | | | 0.00 |

Sheet no. __**9**__ of __**156**__ sheets attached to Schedule of            Subtotal            0.00
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

In re   **Mark Crush, LLC**                                    ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Amec Industry, Inc.**<br>**1805 East Francis Street**<br>**Ontario, CA 91761** | - | | | | | | | 0.00 |
| Account No. <br><br>**American Autoguard**<br>**5173 26th Avenue**<br>**Rockford, IL 61109** | - | | | | | | | 0.00 |
| Account No. <br><br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265** | - | | | | | | | 0.00 |
| Account No. <br><br>**American Fuji Seal, Inc.**<br>**1051 Bloomfield Road**<br>**Bardstown, KY 40004** | - | | | | | | | 0.00 |
| Account No. <br><br>**American Machine**<br>**1224 East 8th Street**<br>**New Albany, IN 47150** | - | | | | | | | 0.00 |

Sheet no. __10__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal<br>(Total of this page)       0.00

In re **Mark Crush, LLC** _____ ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **American Metric Corporation** **P.O. Box 740209** **Dept. Code 40126** **Atlanta, GA 30374-0209** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **American Packing and Gasket Co.** **P.O. Box 660153** **Dallas, TX 75266-0153** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **American Packing and Gasket Co.** **P.O. Box 848276** **Dallas, TX 75284-8276** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **American Ring & Tool Company** **P.O. Box 75510** **Cleveland, OH 44101-4255** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **American Ring & Tool Company** **30450 Bruce Industrial Parkway** **Solon, OH 44139** | - | | | | | | 0.00 |

Sheet no. __11__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Mark Crush, LLC** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **American Seal & Packing Div. of Steadman & Associates 10661 Ellis Avenue, Unit E Fountain Valley, CA 92708** | - | | | | | | 0.00 |
| Account No. **American Sleeve Bearing P.O. Box 131 Stafford Springs, CT 06076** | - | | | | | | 0.00 |
| Account No. **Ameridrives 24985 Network Place Chicago, IL 60673** | - | | | | | | 5,118.32 |
| Account No. **Ameridrives 1802 Pittsburgh Avenue P.O. Box 4000 Erie, PA 16512** | - | | | | | | 0.00 |
| Account No. **AMI Bearings, Inc. 570 North Wheeling Road Mount Prospect, IL 60056-1280** | - | | | | | | 270.72 |

Sheet no. __12__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,389.04

In re **Mark Crush, LLC** _____, Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Amicon Drive Systems, Inc.**<br>**P.O. Box 410787**<br>**Charlotte, NC 28241** | - | | | | | | 0.00 |
| Account No. <br><br>**AMK Drives & Controls, Inc.**<br>**5631 South Laburnum Avenue**<br>**Henrico, VA 23231** | - | | | | | | 0.00 |
| Account No. <br><br>**Anderson, Bryant, Lasky & Winslow**<br>**943 South Third Street**<br>**Louisville, KY 40203-2242** | - | | | | | | 2,185.00 |
| Account No. <br><br>**Annual Corporate Compliance**<br>**Business Services Division**<br>**10535 East Washington Street, #353**<br>**Indianapolis, IN 46229** | - | | | | | | 0.00 |
| Account No. <br><br>**Apache Hose & Rubber**<br>**4805 Bowling Street, S.W.**<br>**Cedar Rapids, IA 52404** | - | | | | | | 0.00 |

Sheet no. __13__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **2,185.00**

In re  **Mark Crush, LLC**                                                      ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Apex Dynamics USA** **1180-3 Lincoln Avenue** **Holbrook, NY 11741** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Applied Industrial Technologies** **1111 Majaun Road** **Lexington, KY 40511** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Applied Power Solutions** **1718 West Armitage Court** **Addison, IL 60101** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Applied Process Equipment** **P.O. Box 77501** **Baton Rouge, LA 70879** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Arch Environmental Equipment** **P.O. Box 1760** **Paducah, KY 42002-1760** | - | | | | | | 0.00 |

Sheet no. __14__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

In re  **Mark Crush, LLC**                                            ,     Case No. _____
_____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Are Machine** **P.O. Box 9503** **Louisville, KY 40209-0503** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Arrow Electrical Contractors** **P.O. Box 36215** **Louisville, KY 40233** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Arrow Grinding, Inc.** **525 Vickers Street** **Tonawanda, NY 14150** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **ASGCO** **P.O. Box 5321** **De Pere, WI 54115-5321** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **ASGCO Manufacturing, Inc.** **P.O. Box 1999** **Allentown, PA 18105-1999** | - | | | | | | 0.00 |

Sheet no. __15__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Mark Crush, LLC** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Associated Tube 333 Peterson Drive Elizabethtown, KY 42701 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Assured Automation 19 Walnut Avenue Clark, NJ 07066 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Astec, Inc. P.O. Box 538451 Atlanta, GA 30353-8451 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Astro Controls, Inc. P.O. Box 153111 1700 Parkside Avenue Irving, TX 75061 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| AT&T P.O. Box 105262 Atlanta, GA 30348-5262 | - | | | | | | | 402.50 |

Sheet no. __16__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 402.50

In re **Mark Crush, LLC**                                          , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **AT&T** <br> **P.O. Box 70529** <br> **Charlotte, NC 28272-0529** | - | | | | | | 0.00 |
| Account No. <br><br> **AT&T Advertising** <br> **P.O. Box 70993** <br> **Charlotte, NC 28272-0993** | - | | | | | | 1,167.54 |
| Account No. <br><br> **Atlas Machine and Supply, Inc.** <br> **7000 Global Drive** <br> **Louisville, KY 40258** | - | | | | | | 0.00 |
| Account No. <br><br> **ATR Sales, Inc.** <br> **110 East Garry Avenue** <br> **Santa Ana, CA 92707** | - | | | | | | 0.00 |
| Account No. <br><br> **Atra-Flex** <br> **110 East Garry Avenue** <br> **Santa Ana, CA 92707** | - | | | | | | 0.00 |

Sheet no. __17__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  1,167.54

In re **Mark Crush, LLC** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Aurora Bearing Company 901 Aucutt Road Montgomery, IL 60538-1338 | - | | | | | | 484.79 |
| Account No. | | | | | | | |
| Aurora Bearing Company 970 South Lake Street Aurora, IL 60506-5954 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Automatic Air Corp. Inc. 367 Baxter Avenue Louisville, KY 40204 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Averitt Express, Inc. P.O. Box 102197 Atlanta, GA 30368-2197 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| B & S Electric Co. 1100 Plantside Drive Louisville, KY 40299 | - | | | | | | 0.00 |

Sheet no. __18__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 484.79

In re  **Mark Crush, LLC**                                  ,      Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>**Bachman Auto Group**<br>**9650 Bluegrass Parkway**<br>**Louisville, KY 40299** | - | | | | | | 0.00 |
| **Account No.**<br><br>**Bag Bewegungstechnik Ag**<br>**Landstrasse 49**<br>**CH-5420 Ehrendingen** | - | | | | | | 0.00 |
| **Account No.**<br><br>**Baker Bearing Company, Inc.**<br>**13560 SE Pheasant Court**<br>**Portland, OR 97222** | - | | | | | | 0.00 |
| **Account No.**<br><br>**Baker Bohnert**<br>**P.O. Box 161238**<br>**Louisville, KY 40256** | - | | | | | | 0.00 |
| **Account No.**<br><br>**Baker Bohnert**<br>**P.O. Box 169003**<br>**Louisville, KY 40256** | - | | | | | | 0.00 |

Sheet no. __19__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re **Mark Crush, LLC** _____ ,  Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Baldor Electric Company**<br>**Commerce Bank**<br>**P.O. Box 802738**<br>**Kansas City, MO 64180-2738** | - | | | | | | 136,023.66 |
| Account No. <br><br>**Bando USA, Inc.**<br>**3570 Solutions Center**<br>**Chicago, IL 60677-3005** | - | | | | | | 0.00 |
| Account No. <br><br>**Bando USA, Inc.**<br>**Slot 30390**<br>**P.O. Box 66973**<br>**Chicago, IL 60666-0973** | - | | | | | | 0.00 |
| Account No. <br><br>**Bargain Supply Company, Inc.**<br>**844 East Jefferson Street**<br>**Louisville, KY 40206-1675** | - | | | | | | 0.00 |
| Account No. <br><br>**Bastian Material Handling**<br>**12300 Plantside Drive**<br>**Louisville, KY 40299** | - | | | | | | 0.00 |

Sheet no. __20__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  136,023.66

In re **Mark Crush, LLC** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| BBN Sales P.O. Box 141163 Cincinnati, OH 45250 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| BDI P.O. Box 6286 Cleveland, OH 44190-0007 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Beacon Enterprise Solutions 1961 Bishop Lane Louisville, KY 40218 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Bearing and Drives Inc. P.O. Box 116733 Atlanta, GA 30368 | - | | | | | | 4,751.53 |
| Account No. | | | | | | | |
| Bearing and Drives Inc. 607 Lower Poplar Street Macon, GA 31201 | - | | | | | | 0.00 |

Sheet no. __21__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     4,751.53

In re __Mark Crush, LLC_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Bearing Brokers, Inc. 1010 Commerce Drive Lake Zurich, IL 60047 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Bearing Chain and Supply 1814 Mony Fort Worth, TX 76102 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Bearing Distributors, Inc. P.O. Box 74069 Cleveland, OH 44194-0161 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Bearing Headquarters 1622 Fabricon Boulevard Jeffersonville, IN 47130 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Bearings Limited 2100 Pacific Street Hauppauge, NY 11788-2091 | | - | | | | | | 0.00 |

Sheet no. __22__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

In re   **Mark Crush, LLC**                               ,      Case No. _____

                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Bearings Limited**<br>**20 Davids Drive**<br>**Hauppauge, NY 11788-2091** | - | | | | | | **2,726.80** |
| Account No. <br><br>**Bearings of Kentucky, Inc.**<br>**P.O. Box 856300**<br>**Dept. 113**<br>**Louisville, KY 40285-6300** | - | | | | | | **0.00** |
| Account No. <br><br>**Beha Catering**<br>**4714 Pinewood Road**<br>**Louisville, KY 40218** | - | | | | | | **0.00** |
| Account No. <br><br>**Bell South**<br>**P.O. Box 70529**<br>**Charlotte, NC 28272-0529** | - | | | | | | **0.00** |
| Account No. <br><br>**Bell South**<br>**P.O. Box 33009**<br>**Charlotte, NC 28243-0001** | - | | | | | | **0.00** |

Sheet no. __23__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal<br>(Total of this page)        **2,726.80**

In re **Mark Crush, LLC**                              , Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Bellsouth Advertising** P.O. Box 105024 Atlanta, GA 30348-5024 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Belt Corp. of America** 253 Castleberry Industrial Drive Cumming, GA 30040 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Belt Tech Industrial** 2574 East 700 South Washington, IN 47501 | - | | | | | | 631.83 |
| Account No. | | | | | | | |
| **Beltservice Corporation** P.O. Box 790044 Dept. 110 Saint Louis, MO 63179 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Beltworks, Inc.** 4408 Southridge Drive Louisville, KY 40272 | - | | | | | | 0.00 |

Sheet no. __24__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    631.83

In re **Mark Crush, LLC** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Berliss Bearing Company** <br>**P.O. Box 45** <br>**Livingston, NJ 07039** | - | | | | | | 151.26 |
| Account No. <br><br>**Bestorq Inc.** <br>**6955 McCormick Drive** <br>**Lincoln, NE 68507** | | | | | | | 0.00 |
| Account No. <br><br>**Bestorq Inc.** <br>**5800 Kennelley Court** <br>**Lincoln, NE 68516** | - | | | | | | 0.00 |
| Account No. <br><br>**Better Business Bureau** <br>**844 South Fourth Street** <br>**Louisville, KY 40203-2186** | - | | | | | | 0.00 |
| Account No. <br><br>**Bitsco** <br>**P.O. Box 626** <br>**316 R.L. Stowe Road** <br>**Belmont, NC 28012** | - | | | | | | 0.00 |

Sheet no. __25__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 151.26

In re  **Mark Crush, LLC**                                              ,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Bluegrass Security Systems** **4192 Hwy 44 East** **Shepherdsville, KY 40165** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Bob Tiebens** **12312 Dominion Way** **Louisville, KY 40299** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Boca Bearing Company** **755 NW 17th Avenue** **E107** **Delray Beach, FL 33445** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Boca Bearing Company** **1500 SW 30th Avenue** **Unit 3** **Boynton Beach, FL 33426** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Boca Wire & Cable** **P.O. Box 2226** **Pompano Beach, FL 33061** | - | | | | | | 0.00 |

Sheet no. __26__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              0.00

In re   **Mark Crush, LLC**                  ,     Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Bohnert Equipment Company**<br>**Dept. 8019**<br>**Carol Stream, IL 60122-8019** | - | | | | | | 0.00 |
| Account No. <br><br>**Bornell Supply**<br>**8550 North County Road 25A**<br>**P.O. Box 1138**<br>**Piqua, OH 45356** | - | | | | | | 0.00 |
| Account No. <br><br>**Bosch Rexroth Corp.**<br>**33920 Treasury Center**<br>**Chicago, IL 60694** | - | | | | | | 0.00 |
| Account No. <br><br>**Boston Gear, LLC**<br>**NW 5525**<br>**P.O. Box 1450**<br>**Minneapolis, MN 55485-5525** | - | | | | | | 341.07 |
| Account No. <br><br>**Brast Industrial Solutions**<br>**506 East Caldwell Street**<br>**Louisville, KY 40203** | - | | | | | | 615.20 |

Sheet no. __27__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    956.27

In re   **Mark Crush, LLC**                      ,     Case No. _____
<br>Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Breco-Flex Co., L.L.C.<br>222 Industrial Way West<br>Eatontown, NJ 07724 | - | | | | | | 0.00 |
| Account No.<br><br>Brewer Machine & Gear Co.<br>P.O. Box 14726<br>Saint Louis, MO 63178-4726 | - | | | | | | 665.64 |
| Account No.<br><br>Brite Wholesale Electric Supply<br>1204 Hawkins Drive<br>Elizabethtown, KY 42701 | - | | | | | | 0.00 |
| Account No.<br><br>Brown Transmission<br>1900 La Salle Avenue<br>Lancaster, PA 17601 | - | | | | | | 0.00 |
| Account No.<br><br>Brownsboro Auto Detail<br>1901 Brownsboro Road<br>Louisville, KY 40206 | - | | | | | | 0.00 |

Sheet no. __28__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **665.64**

In re __Mark Crush, LLC_____,                Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bryant Products, Inc.**<br>**W1388 Elmwood Avenue**<br>**P.O. Box 270**<br>**Ixonia, WI 53036** | - | | | | | | 0.00 |
| Account No.<br><br>**Bulbtronics**<br>**45 Banfi Plaza**<br>**Farmingdale, NY 11735** | - | | | | | | 0.00 |
| Account No.<br><br>**Bullitt County Belting and Sup**<br>**170 Jim Court**<br>**Louisville, KY 40229** | - | | | | | | 5,425.76 |
| Account No.<br><br>**Bunting Bearings Corp.**<br>**P.O. Box 673158**<br>**Detroit, MI 48267-3158** | - | | | | | | 710.29 |
| Account No.<br><br>**Bunting Bearings Corp.**<br>**1001 Holland Park Boulevard**<br>**Holland, OH 43528** | - | | | | | | 0.00 |

Sheet no. __29__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,136.05

In re __Mark Crush, LLC_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Burke Process** **629 Western Reserve Road** **Ft Mitchell, KY 41017** | | | | | | | **0.00** |
| Account No. | | - | | | | | |
| **Burns Insurance** **207 Breckenridge Lane** **Louisville, KY 40207** | | | | | | | **100.00** |
| Account No. | | - | | | | | |
| **Business First** **P.O. Box 36188** **Charlotte, NC 28254-3764** | | | | | | | **0.00** |
| Account No. | | - | | | | | |
| **BW Rogers** **P.O. Box 569** **Akron, OH 44309** | | | | | | | **0.00** |
| Account No. | | - | | | | | |
| **BW Rogers** **P.O. Box 951977** **Cleveland, OH 44193** | | | | | | | **0.00** |

Sheet no. __30__ of __156__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)    **100.00**

In re    **Mark Crush, LLC** _____,    Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **C & E Sales** <br> **677 Congress Park Drive** <br> **Dayton, OH 45459** | - | | | | | | 954.81 |
| Account No. <br><br> **C & H Distributors, LLC** <br> **22133 Network Place** <br> **Chicago, IL 60673-1133** | - | | | | | | 0.00 |
| Account No. <br><br> **C & S Machine & Mfg. Corp.** <br> **3832 Fitzgerald Road** <br> **Louisville, KY 40216** | - | | | | | | 0.00 |
| Account No. <br><br> **C&K Sales and Service Inc.** <br> **P.O. Box 20732** <br> **Louisville, KY 40250** | - | | | | | | 0.00 |
| Account No. <br><br> **C&K Sales and Service Inc.** <br> **1105 St. Louis Avenue** <br> **Louisville, KY 40210** | - | | | | | | 0.00 |

Sheet no. __31__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     954.81

In re **Mark Crush, LLC** _____ ,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| C.D. Willis Plumbing, Inc.<br>77 Essex Way<br>Taylorsville, KY 40071 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| C.E.D.<br>334 East Dixie Avenue<br>Elizabethtown, KY 42701 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Cambridge, Inc.<br>P.O. Box 399<br>Cambridge, MD 21613 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Can-Do Machinery Sales LLC<br>P.O. Box 3071<br>Chatsworth, CA 91313-3071 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Cardmember Services<br>Chase Card Services<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | - | | | | | | 25,972.14 |

Sheet no. __32__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,972.14

In re   **Mark Crush, LLC**                                  ,      Case No. _____
<br>
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Carlisle-Dayco Power Transmission 21399 Network Place Chicago, IL 60673-1213 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Casi Mason 4001 Hurstbourne Woods Drive Louisville, KY 40299 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| CC Stevens 1363 Donlon Street Ventura, CA 93003 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| CDW Direct, LLC P.O. Box 75723 Chicago, IL 60675-5723 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Cerus Industrial 22995 NW Evergreen Parkway Hillsboro, OR 97124 | - | | | | | | 0.00 |

Sheet no. __33__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **0.00**

In re  **Mark Crush, LLC**                                                    ,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Chicago Spence Tool & Rubber** <br> **1125 North 27th Avenue** <br> **Melrose Park, IL 60160-2937** | - | | | | | | 0.00 |
| Account No. <br><br> **Cignys** <br> **General Accounting Office** <br> **68 Williamson Street** <br> **Saginaw, MI 48601** | - | | | | | | 0.00 |
| Account No. <br><br> **Cincinnati Belting & Transmission** <br> **737 West 6th Street** <br> **P.O. Box 14639** <br> **Cincinnati, OH 45250** | - | | | | | | 0.00 |
| Account No. <br><br> **Cincinnati Transmission** <br> **6311 Wiehe Road** <br> **Cincinnati, OH 45237** | - | | | | | | 0.00 |
| Account No. <br><br> **Circuit Breakers Inc.** <br> **4068 Mt. Royal Boulevard** <br> **Allison Park, PA 15101** | - | | | | | | 0.00 |

Sheet no. __34__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      0.00

In re   **Mark Crush, LLC**                           ,     Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Citation Equipment Inc. <br>4319 Crittenden Drive <br>Louisville, KY 40214 | - | | | | | | 0.00 |
| Account No. <br><br>Clark Electric Co. <br>4157 Park Boulevard <br>Louisville, KY 40209 | - | | | | | | 0.00 |
| Account No. <br><br>Classie Car Care <br>510 East Broadway <br>Louisville, KY 40202 | - | | | | | | 0.00 |
| Account No. <br><br>Clearco Products Inc. <br>3430 G Progress Drive <br>Bensalem, PA 19020 | - | | | | | | 0.00 |
| Account No. <br><br>Climex Metal Products <br>30202 Lakeland Boulevard <br>Wickliffe, OH 44092 | - | | | | | | 0.00 |

Sheet no. __35__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims      Subtotal (Total of this page)     0.00

In re **Mark Crush, LLC** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Coffeys Towing & Recovery** **4534 Poplar Level Road** **Louisville, KY 40213** | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **Coiltech** **9301 West Bernice Street** **Schiller Park, IL 60176** | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **Collars & Couplings, Inc.** **P.O. Box 1168** **West Springfield, MA 01090** | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **Competition Paving, Sealing, Str** **1172 Elm Tree Court** **Saint Clair, MO 63077** | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **Con-Way Central Express** **P.O. Box 642080** **Pittsburgh, PA 15264-2080** | - | | | | | | | | 0.00 |

Sheet no. __36__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

In re   **Mark Crush, LLC**                              ,    Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Con-Way Freight, Inc.**<br>**P.O. Box 5160**<br>**Portland, OR 97208-5160** | - | | | | | | 0.00 |
| Account No. <br><br>**Conde Nast Portfolio**<br>**Executive Courtesy Program**<br>**4 Times Square**<br>**New York, NY 10036** | - | | | | | | 0.00 |
| Account No. <br><br>**Cone Drive Textron**<br>**Dept. CH 19432**<br>**Palatine, IL 60055** | - | | | | | | 0.00 |
| Account No. <br><br>**Cone Drive Textron**<br>**P.O. Box 71841**<br>**Chicago, IL 60694-1841** | - | | | | | | 0.00 |
| Account No. <br><br>**Congress Drives Division**<br>**2501 Brombeck Street**<br>**Ennis, TX 75119** | - | | | | | | 0.00 |

Sheet no. __37__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal<br>(Total of this page)    0.00

In re   **Mark Crush, LLC**                                      ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.**<br><br>**Consolidated Bearings Company**<br>**P.O. Box 1255**<br>**Morristown, NJ 07962-1255** | - | | | | | | | 0.00 |
| **Account No.**<br><br>**Consolidated Electrical Distribu**<br>**P.O. Box 3225**<br>**Louisville, KY 40201-3225** | - | | | | | | | 0.00 |
| **Account No.**<br><br>**Consolidated Freightways**<br>**P.O. Box 641939**<br>**Pittsburgh, PA 15264-1939** | - | | | | | | | 0.00 |
| **Account No.**<br><br>**Contractors Heaven**<br>**P.O. Box 436089**<br>**Louisville, KY 40243** | - | | | | | | | 0.00 |
| **Account No.**<br><br>**Control Concepts, Inc.**<br>**100 Park Street**<br>**Putnam, CT 06260** | - | | | | | | | 0.00 |

Sheet no. __38__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

In re **Mark Crush, LLC** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Control Products, Inc. 515 West Boundary Street Wetumpka, AL 36092 | - | | | | | | 1,524.52 |
| Account No. | | | | | | | |
| Control Products, Inc. P.O. Box 105328 Atlanta, GA 30348 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Control Techniques P.O. Box 70141 Chicago, IL 60673 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Conveyability, Inc. 2889 Northridge Drive, N.W. Grand Rapids, MI 49544 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Conveyor Components Co. 130 Seltzer Road P.O. Box 167 Croswell, MI 48422 | - | | | | | | 0.00 |

Sheet no. __39__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,524.52

In re   **Mark Crush, LLC**                                              ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Conveyor Metal Works, Inc.**<br>**1050 South Washington Street**<br>**Circleville, OH 43113** | - | | | | | | | | 0.00 |
| Account No.<br><br>**Conveyor Systems & Engineering**<br>**1549 Pirtle Drive**<br>**Georgetown, IN 47122** | - | | | | | | | | 0.00 |
| Account No.<br><br>**Cope Plastics Inc.**<br>**Louisville, KY 40299** | - | | | | | | | | 0.00 |
| Account No.<br><br>**Cornerstone Controls**<br>**8625 Northwest Boulevard**<br>**Indianapolis, IN 46278** | - | | | | | | | | 0.00 |
| Account No.<br><br>**Corydon Machine and Tool Company**<br>**615 Quarry Road N**<br>**Corydon, IN 47112** | - | | | | | | | | 0.00 |

Sheet no. __40__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **Mark Crush, LLC** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Coulter Enterprises**<br>**210 East 4th Street**<br>**Hastings, NE 68901-5226** | - | | | | | | 0.00 |
| Account No.<br><br>**Craft Bearings**<br>**5000 Chestnut Avenue**<br>**Newport News, VA 23605** | - | | | | | | 0.00 |
| Account No.<br><br>**Craig Business Forms**<br>**1200 Outer Loop**<br>**Louisville, KY 40219** | - | | | | | | 0.00 |
| Account No.<br><br>**Crossover Drives Inc.**<br>**P.O. Box 9**<br>**Loudon, TN 37774-0009** | - | | | | | | 0.00 |
| Account No.<br><br>**Crossover Drives Inc.**<br>**3302 Rifle Range Road**<br>**Knoxville, TN 37918** | - | | | | | | 0.00 |

Sheet no. __41__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mark Crush, LLC**                                                          ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Crush Bearings & Drives, Inc.<br>1455 Jamike Avenue<br>Erlanger, KY 41018 | - | | | | | | 0.00 |
| Account No. <br><br>Crush Bearings & Drives, Inc.<br>10591 Chester Road<br>Cincinnati, OH 45215 | - | | | | | | 0.00 |
| Account No. <br><br>Crush Bearings & Drives, Inc.-Lexington<br>2028 Parallel Road<br>Lexington, KY 40511 | - | | | | | | 109,019.52 |
| Account No. <br><br>CST Bearings Co.<br>2115 South Santa Fe Street<br>Santa Ana, CA 92705 | - | | | | | | 0.00 |
| Account No. <br><br>CT-Innovations<br>2268 Welsch Industrial Court<br>Saint Louis, MO 63146 | - | | | | | | 0.00 |

Sheet no. __42__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **109,019.52**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                     Best Case Bankruptcy

In re    **Mark Crush, LLC**                               ,       Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Cunningham Overhead Door** **2133 Frankfort Avenue** **Louisville, KY 40206** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Curtis Universal Joints** **P.O. Box 70038** **Springfield, MA 01107-0038** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Cyber Bearings Inc.** **16356 Downy Avenue** **Paramount, CA 90723** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **D&F Distributors, Inc.** **914 Ulrich Avenue** **Louisville, KY 40219** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **D. Electric Company** **626 West 4th Street** **Freeport, TX 77541** | - | | | | | | **0.00** |

Sheet no. __43__ of __156__ sheets attached to Schedule of                 Subtotal

Creditors Holding Unsecured Nonpriority Claims               (Total of this page)       **0.00**

In re **Mark Crush, LLC**                   ,      Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Daido Corporation** <br>**Dept. CH 17559** <br>**Palatine, IL 60055-7559** | - | | | | | | 0.00 |
| Account No. <br><br>**Daido Corporation** <br>**P.O. Box 905317** <br>**Charlotte, NC 28290-5317** | - | | | | | | 0.00 |
| Account No. <br><br>**Dale Corum** <br>**7520 Lanfair Drive** <br>**Louisville, KY 40241** | - | | | | | | 0.00 |
| Account No. <br><br>**Dalton Bearing & Hydraulics** <br>**P.O. Box 393** <br>**Blaine, TN 37709** | - | | | | | | 0.00 |
| Account No. <br><br>**Dalton Gear Company** <br>**212 Colfax Avenue North** <br>**Minneapolis, MN 55405** | - | | | | | | 0.00 |

Sheet no. __44__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Mark Crush, LLC** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Dart Controls, Inc. 5000 West 106th Street P.O. Box 10 Zionsville, IN 46077 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Day-Timers, Inc. P.O. Box 27001 Lehigh Valley, PA 18002-7001 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Dayton Freight Lines, Inc. P.O. Box 340 Vandalia, OH 45377 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Dayton Superior Products Co. 1370 Lytle Road Troy, OH 45373 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Delta Products Corp. 4405 Cushing Parkway Fremont, CA 94538 | - | | | | | | 511.20 |

Sheet no. __45__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     511.20

In re __Mark Crush, LLC_____ ,  Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Derby City Electric, Inc.** <br> **P.O. Box 17164** <br> **Louisville, KY 40217-0164** | - | | | | | | 930.13 |
| Account No. <br><br> **Derby City Pump & Valve** <br> **2760 Millers Lane** <br> **Louisville, KY 40216** | - | | | | | | 0.00 |
| Account No. <br><br> **Derbytown Towing, Inc.** <br> **P.O. Box 18372** <br> **Louisville, KY 40261** | - | | | | | | 0.00 |
| Account No. <br><br> **DHL Express (USA), Inc.** <br> **P.O. Box 4723** <br> **Houston, TX 77210-4723** | - | | | | | | 0.00 |
| Account No. <br><br> **Diamond Case, LLC** <br> **1590-A East Highwood** <br> **Pontiac, MI 48340** | - | | | | | | 0.00 |

Sheet no. __46__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          930.13

In re  **Mark Crush, LLC**                                                      ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Diamond Chain Company** <br> **21809 Network Place** <br> **Chicago, IL 60673-1250** | - | | | | | | | 0.00 |
| Account No. <br><br> **Digi-Key** <br> **701 Brooks Avenue South** <br> **Thief River Falls, MN 56701** | - | | | | | | | 0.00 |
| Account No. <br><br> **Dings Co.** <br> **P.O. Box 689859** <br> **Milwaukee, WI 53268-9859** | - | | | | | | | 0.00 |
| Account No. <br><br> **Direct Express Delivery** <br> **P.O. Box 8274** <br> **Lexington, KY 40533** | - | | | | | | | 0.00 |
| Account No. <br><br> **Don Ott's Auto Body** <br> **705 Logan Street** <br> **Louisville, KY 40204** | - | | | | | | | 0.00 |

Sheet no. __47__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mark Crush, LLC**                                    ,        Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Douglas Manufacturing**<br>**300 Industrial Park Drive**<br>**Pell City, AL 35125** | - | | | | | | **1,596.61** |
| Account No.<br><br>**Down Town Ford**<br>**809 South Fifth Street**<br>**Louisville, KY 40203** | - | | | | | | **0.00** |
| Account No.<br><br>**Drives & Conveyors, Inc.**<br>**3865 Cumberland Falls Hwy.**<br>**Corbin, KY 40701** | - | | | | | | **0.00** |
| Account No.<br><br>**Drives & Conveyors, Inc.**<br>**P.O. Box 399**<br>**Corbin, KY 40702** | - | | | | | | **3,813.80** |
| Account No.<br><br>**Dura-Belt, Inc.**<br>**2909 Scioto-Darby Exec. Court**<br>**Hilliard, OH 43026** | - | | | | | | **0.00** |

Sheet no. __48__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **5,410.41**

In re    **Mark Crush, LLC**                                      ,      Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Dwight T. Lovan, Commissioner** **Kentucky Labor Cabinet** **Department of Workers' Claims** **657 Chamberlin Avenue** **Frankfort, KY 40601** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **E & H Electric** **804 South 5th Street** **Louisville, KY 40203** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **E&E Mechanical, Inc.** **P.O. Box 197081** **Louisville, KY 40259** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **E.B. Atmus Co. Inc.** **65 Main Street** **Springfield, MA 01101** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Eagle Express** **724 West Main Street** **New Albany, IN 47150** | - | | | | | | 0.00 |

Sheet no. __49__ of __156__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)          0.00

In re **Mark Crush, LLC** _____,  Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Eastern Bearing 7096 North Bol Street Manchester, NH 03103 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Easylift Gas Springs 50 West Drive Melbourne, FL 32904 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| EDT Corp. 1006-J NE 146th Street Vancouver, WA 98685 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| EEC 3881 Danbury Road Brewster, NY 10509 | - | | | | | | 500.47 |
| Account No. | | | | | | | |
| Electra-Gear Division Bin #321 Milwaukee, WI 53288 | - | | | | | | 0.00 |

Husband, Wife, Joint, or Community

Sheet no. __50__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **500.47**

In re    **Mark Crush, LLC**                                          ,          Case No. _____

_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Electra-Gear Division Drawer 335 Milwaukee, WI 53278-0335 | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Electric Motor Repair & Rewind 743 East Main Street Louisville, KY 40202 | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| EMT International 1910 Cofrin Drive Green Bay, WI 54302 | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Errands Express 3222 Rock Creek Drive Louisville, KY 40207 | - | | | | | | | | 68.00 |
| Account No. | | | | | | | | | |
| Errands Express 7321 New LaGrange R$oad Suite 228 Louisville, KY 40222 | - | | | | | | | | 0.00 |

Sheet no. __51__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                68.00

In re   **Mark Crush, LLC**                         ,     Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Euchner-USA, Inc.**<br>**6723 Lyons Street East**<br>**East Syracuse, NY 13057** | - | | | | | | 10,687.28 |
| Account No. <br><br>**EuroDrive**<br>**P.O. Box 75701**<br>**Charlotte, NC 28275-0701** | - | | | | | | 1,244.50 |
| Account No. <br><br>**F. K. Bearings, Inc.**<br>**865 West Queen Street**<br>**Southington, CT 06489** | - | | | | | | 0.00 |
| Account No. <br><br>**F. K. Bearings, Inc.**<br>**11 DePaola Drive**<br>**Southington, CT 06489** | - | | | | | | 0.00 |
| Account No. <br><br>**Fabreeka International**<br>**P.O. Box 3600-32**<br>**Boston, MA 02241** | - | | | | | | 0.00 |

Sheet no. __52__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)       **11,931.78**

In re __**Mark Crush, LLC**__ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Fairchild Industrial** <br>**3920 West Point Boulevard** <br>**Winston Salem, NC 27103** | - | | | | | | 0.00 |
| Account No. <br><br> **Fairlane Products** <br>**33792 Doreka Drive** <br>**Fraser, MI 48026** | - | | | | | | 0.00 |
| Account No. <br><br> **Fall City Machine Technology** <br>**667 South 31st Street** <br>**Louisville, KY 40211** | - | | | | | | 0.00 |
| Account No. <br><br> **Fastenal Company** <br>**P.O. Box 978** <br>**Winona, MN 55987-0978** | - | | | | | | 0.00 |
| Account No. <br><br> **Federal Mogul Corporation** <br>**P.O. Box 636438** <br>**Cincinnati, OH 45263-6438** | - | | | | | | 0.00 |

Sheet no. __53__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   0.00

In re   **Mark Crush, LLC**                               ,        Case No. _____
<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Federal Mogul Corporation**<br>**P.O. Box 672168**<br>**Detroit, MI 48267-2168** | - | | | | | | 0.00 |
| Account No. <br><br>**FedEx Custom Critical**<br>**P.O. Box 371627**<br>**Pittsburgh, PA 15251-7627** | - | | | | | | 0.00 |
| Account No. <br><br>**FedEx Freight**<br>**P.O. Box 223125**<br>**Pittsburgh, PA 15250** | - | | | | | | 0.00 |
| Account No. <br><br>**FedEx Freight East**<br>**4103 Collection Center Drive**<br>**Chicago, IL 60693** | - | | | | | | 0.00 |
| Account No. <br><br>**Fenner Drives**<br>**P.O. Box 752030**<br>**Charlotte, NC 28275-2030** | - | | | | | | 0.00 |

Sheet no. __54__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      0.00

In re **Mark Crush, LLC**                              ,        Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | |
| **Fenner Drives**<br>**26 Gilbert Street**<br>**Monroe, NY 10950** | - | | | | | | 0.00 |
| **Account No.** | | | | | | | |
| **Fenner Manheim**<br>**P.O. Box 752030**<br>**Charlotte, NC 28275-2030** | - | | | | | | 0.00 |
| **Account No.** | | | | | | | |
| **Finch Automation**<br>**7264 Georgetown Road**<br>**Indianapolis, IN 46268-4125** | - | | | | | | 0.00 |
| **Account No.** | | | | | | | |
| **First Capital Bank of Kentucky**<br>**293 North Hubbards Lane**<br>**P.O. Box 6898**<br>**Louisville, KY 40207** | - | | | | | | 0.00 |
| **Account No.** | | | | | | | |
| **Fluid Power Products, Inc.**<br>**P.O. Box 951977**<br>**Cleveland, OH 44193** | - | | | | | | 0.00 |

Sheet no. __55__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims        Subtotal     (Total of this page)     0.00

In re **Mark Crush, LLC** _____,   Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Fluid Power Products, Inc. P.O. Box 12090 Lexington, KY 40580-2090 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Fluidaire Company 3600 Chamberlain Lane Suite 608 Louisville, KY 40241 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Foote-Jones/Illinois Gear Div. Hub City/Foote Jones P.O. Box 8725 Milwaukee, WI 53288-0725 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Foote-Jones/Illinois Gear Div. Regal-Beloit Corporation P.O. Box 88010 Milwaukee, WI 53288-0010 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Fore, Miller & Schwartz 200 South Fifth Street First Trust Centre Suite 700 North Louisville, KY 40202 | - | | | | | | 13,897.86 |

Sheet no. __56__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,897.86

In re **Mark Crush, LLC**                                              , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Form Spring Clutch** **23601 Hoover Road** **Warren, MI 48089** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Franklin Electro Fluid** **P.O. Box 18777** **Memphis, TN 38181-0777** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Frost Incorporated** **2020 Bristol N.W.** **Grand Rapids, MI 49504** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **FYH Bearing Units U.S.A., Inc.** **285 Industrial Drive** **Wauconda, IL 60084** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **G & G Manufacturing Company** **P.O. Box 12086** **Omaha, NE 68112-2066** | - | | | | | | 0.00 |

Sheet no. __57__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re    **Mark Crush, LLC**                                   ,          Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> G.E. Supply <br> P.O. Box 100275 <br> Atlanta, GA 30384 | - | | | | | | 39.99 |
| Account No. <br><br> G.L. Huyett <br> Box 232 <br> Minneapolis, KS 67467 | - | | | | | | 23.20 |
| Account No. <br><br> GAM Coupling Co. <br> 901 East Business Center Drive <br> Mount Prospect, IL 60056 | - | | | | | | 0.00 |
| Account No. <br><br> Garber Engineering Co. <br> 303 Regency Ridge <br> Dayton, OH 45459 | - | | | | | | 0.00 |
| Account No. <br><br> Gates Mectrol, Inc. <br> 9 Northwestern Drive <br> Salem, NH 03079 | - | | | | | | 0.00 |

Sheet no. __58__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      63.19

In re **Mark Crush, LLC**                                                        , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Gatterdam's Electric Mtrs.** **P.O. Box 11156** **Louisville, KY 40251** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **General Bearing Corporation** **Distributor Bearing Division** **44 High Street** **West Nyack, NY 10994** | - | | | | | | 75.72 |
| Account No. | | | | | | | |
| **General Rubber & Plastics of** **P.O. Box 17204** **Louisville, KY 40217-0204** | - | | | | | | 38.00 |
| Account No. | | | | | | | |
| **Goodman Conveyor Co.** **P.O. Box 866** **Route 178 South** **Belton, SC 29627** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Graft Pelle Co.** **P.O. Box 4367** **729 South Campbell Street** **Louisville, KY 40204** | - | | | | | | 0.00 |

Sheet no. __59__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

113.72

In re  **Mark Crush, LLC**                                                ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Grainger** **Dept. 840464598** **Palatine, IL 60038-0001** | | - | | | | | 46.67 |
| Account No. | | | | | | | |
| **Graphite Metalizing Corporation** **1050 Nepperhan Avenue** **Yonkers, NY 10703** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **Grob Inc.** **1731 10th Avenue** **Grafton, WI 53024** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **Guardian** **P.O. Box 95101** **Chicago, IL 60694-5101** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **Guardian Industries, Inc.** **P.O. Box 478** **300 Highway 212** **Michigan City, IN 46361** | | - | | | | | 0.00 |

Sheet no. __60__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                46.67

In re **Mark Crush, LLC** _____,  Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Gulf United Industries 675 South Royal Lane Coppell, TX 75019 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| GW Meade 801 Plainview Drive Shelbyville, KY 40065 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| H&W Machine Repair 2119 Meyer Road Fort Wayne, IN 46803 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Hagemeyer North America 4801 Commerce Crossing Drive Suite 10 Louisville, KY 40229 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Halmar Corporation 1134 Bardstown Road Louisville, KY 40204 | - | | | | | | 0.00 |

Sheet no. __61__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

Best Case Bankruptcy

In re **Mark Crush, LLC** _____ , Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Harmonic Drive LLC**<br>**247 Lynnfield Street**<br>**Peabody, MA 01960** | - | | | | | | 0.00 |
| Account No.<br><br>**Harwal**<br>**Industrial Lane**<br>**P.O. Box 363**<br>**Barre, VT 05641-0363** | - | | | | | | 1,171.68 |
| Account No.<br><br>**Hayes Manufacturing Inc.**<br>**P.O. Box 220**<br>**6875 US Hwy. 131**<br>**Fife Lake, MI 49633** | - | | | | | | 0.00 |
| Account No. **x1068**<br><br>**HBD Industries**<br>**c/o Diane Vencion**<br>**CST Co.**<br>**P.O. Box 33127**<br>**Louisville, KY 40232-3127** | - | | | | | | 680.79 |
| Account No.<br><br>**Heim Group**<br>**6360 West 73rd Street**<br>**Chicago, IL 60638** | - | | | | | | 0.00 |

Sheet no. __62__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                                 
(Total of this page)            **1,852.47**

In re **Mark Crush, LLC** _____ ,   Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Helical Products**<br>**P.O. Box 1069**<br>**Santa Maria, CA 93456** | - | | | | | | 0.00 |
| Account No.<br><br>**Heller Enterprises**<br>**504 Milton Way**<br>**Saint Helens, OR 97051** | - | | | | | | 0.00 |
| Account No.<br><br>**Helwig Carbon Products, Inc.**<br>**8900 West Tower Avenue**<br>**Milwaukee, WI 53224** | - | | | | | | 0.00 |
| Account No.<br><br>**Hern Iron Works**<br>**P.O. Box 1060**<br>**Coeur D Alene, ID 83816** | - | | | | | | 462.34 |
| Account No.<br><br>**Herrick Electric**<br>**733 Logan Street**<br>**Louisville, KY 40204** | - | | | | | | 290.83 |

Sheet no. __63__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

753.17

In re  **Mark Crush, LLC**                    ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Hi-Light USA, Inc.** <br> **5708 Distribution Drive** <br> **Memphis, TN 38141** | - | | | | | | 0.00 |
| Account No. <br> **Hi-Lo Manufacturing** <br> **1700-G Freeway Boulevard** <br> **Minneapolis, MN 55430-1707** | - | | | | | | 0.00 |
| Account No. <br> **Higgins Tool & Die** <br> **4051 McCollum Court** <br> **Louisville, KY 40218** | - | | | | | | 0.00 |
| Account No. <br> **High Temp Bearing, Inc.** <br> **P.O. Box 17906** <br> **Ft Mitchell, KY 41017** | - | | | | | | 0.00 |
| Account No. <br> **Hitachi Maxco, Ltd.** <br> **P.O. Box 102105** <br> **Atlanta, GA 30368-0105** | - | | | | | | 0.00 |

Sheet no. __64__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims      Subtotal (Total of this page)    0.00

In re **Mark Crush, LLC** ,                              Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **HKK Chain Corporation** **9 Riverside Drive** **P.O. Box 604** **Pine Brook, NJ 07058-0604** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Hodgenville Machine & Tool** **142 Global Drive** **Hodgenville, KY 42748** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Hoists Direct, Inc.** **123 Charter Street** **Albemarle, NC 28001** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Hub City** **3783 Solutions Center** **Chicago, IL 60677** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Hub City** **P.O. Box 88725** **Milwaukee, WI 53288-0725** | - | | | | | | 0.00 |

Sheet no. __65__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Mark Crush, LLC**                                        ,        Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Humana P.O. Box 528 Carol Stream, IL 60132-0528 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Hunt & Knight Automotive Techs 2701 Watterson Trail Louisville, KY 40299 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Hydraulic Supply Company 300 International Parkway Fort Lauderdale, FL 33325 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Hydrotech, Inc. 10052 Commerce Park Drive Cincinnati, OH 45246 | - | | | | | | 186.18 |
| Account No. | | | | | | | |
| Hyperdyne Systems 12599 Kenneth Price Road Springdale, AR 72762 | - | | | | | | 0.00 |

Sheet no. __66__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

186.18

In re __**Mark Crush, LLC**_____,    Case No. _____
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**i365, Inc.**<br>**15422 Collections Center Drive**<br>**Chicago, IL 60693** | | - | | | | | 425.04 |
| Account No.<br><br>**Ideal Machine & Tool, Inc.**<br>**7150 Distribution Drive**<br>**Louisville, KY 40258** | | - | | | | | 0.00 |
| Account No.<br><br>**igus, inc.**<br>**P.O. Box 14349**<br>**East Providence, RI 02914** | | - | | | | | 0.00 |
| Account No.<br><br>**IKO International, Inc.**<br>**Midwest Operation**<br>**500 East Thornsdale Avenue**<br>**Wood Dale, IL 60191** | | - | | | | | 709.22 |
| Account No.<br><br>**IMO Pump**<br>**IMO Industries Inc.**<br>**St. Louis Lock Box for IMO Pump**<br>**Saint Louis, MO 63150-2932** | | - | | | | | 0.00 |

Sheet no. __67__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,134.26**

In re __**Mark Crush, LLC**_____,    Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Indiana Department of Revenue** P.O. Box 7207 Indianapolis, IN 46207-7207 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Indiana Secretary of State** 1423 South Jackson Street Louisville, KY 40208 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Industrial Belting & Transmission** P.O. Box 32215 Louisville, KY 40232 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Industrial Clearinghouse Inc.** P.O. Box 29415 Dallas, TX 75229 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Industrial Controls Distribution** P.O. Box 827058 Philadelphia, PA 19182-7058 | - | | | | | | 0.00 |

Sheet no. __68__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re  **Mark Crush, LLC**                                                                 ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Industrial Disposal** <br> **1423 South Jackson Street** <br> **Louisville, KY 40208** | - | | | | | | 0.00 |
| Account No. <br><br> **Industrial Flow Systems, Inc.** <br> **P.O. Box 204** <br> **Hamilton, OH 45012-0204** | - | | | | | | 0.00 |
| Account No. <br><br> **Industrial Machine and Tool** <br> **201 East 18th Street** <br> **New Albany, IN 47150** | - | | | | | | 0.00 |
| Account No. <br><br> **Industrial Parts & Electric Mo** <br> **5693 East Shelby Drive** <br> **Memphis, TN 38141** | - | | | | | | 40.37 |
| Account No. <br><br> **Industrial Repair Service, Inc.** <br> **2650 Business Drive** <br> **Cumming, GA 30040** | - | | | | | | 1,910.25 |

Sheet no. __69__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,950.62

In re    **Mark Crush, LLC**                                  ,       Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> **Industrial Servos, LLC** <br> **3019 Standridge Road** <br> **Anderson, SC 29625** | - | | | | | | 0.00 |
| **Account No.** <br><br> **Intelligrated Systems, Inc.** <br> **P.O. Box 60843** <br> **Charlotte, NC 28260** | - | | | | | | 0.00 |
| **Account No.** <br><br> **Internal Revenue Service** <br> **Service Center Penalty Appeals** <br> **Coordinat** <br> **Attn: cm** <br> **P.O. Box 9941, TPR M/S 6731** <br> **Ogden, UT 84409** | - | | | | | | 0.00 |
| **Account No.** <br><br> **Internal Revenue Service** <br> **P.O. Box 7422** <br> **Chicago, IL 60680-7422** | - | | | | | | 0.00 |
| **Account No.** <br><br> **International Bearing Corp.** <br> **P.O. Box 129** <br> **Clackamas, OR 97015** | - | | | | | | 0.00 |

Sheet no. __70__ of __156__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)      0.00

In re **Mark Crush, LLC**                                                    ,      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Interroll Corporation** P.O. Box 65006 Charlotte, NC 28265-0006 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Intralox, LLC** P.O. Box 730367 Dallas, TX 75373-0367 | - | | | | | | 557.30 |
| Account No. | | | | | | | |
| **IPTCI** 9675 West 76th Street Suite 130 Eden Prairie, MN 55344 | - | | | | | | 827.61 |
| Account No. | | | | | | | |
| **IPTS** 1869 Old Okeechobee Road West Palm Beach, FL 33409 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Isaacs Fluid Power Equipment** 6091 Commerce Court Mason, OH 45040 | - | | | | | | 0.00 |

Sheet no. __71__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,384.91**

In re   **Mark Crush, LLC**                               ,      Case No. 

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Isostatic Industries Inc.** **2752 Paysphere Circle** **Chicago, IL 60674** | - | | | | | | 158.71 |
| Account No. | | | | | | | |
| **ITW Air Management** **10125 Carver Road** **Cincinnati, OH 45242-4798** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **J & J Pallet** **P.O. Box 583** **New Albany, IN 47150** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **J.K. Express** **P.O. Box 4624** **Louisville, KY 40204** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **J.R. Special Delivery, Inc.** **P.O. Box 3475** **Crossville, TN 38557** | - | | | | | | 0.00 |

Sheet no. **72** of **156** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      158.71

In re **Mark Crush, LLC**                                          , Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| James Welding Service, Inc. 2399 New Hope Road Bedford, KY 40006 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Jamison Door Co. P.O. Box 70 Hagerstown, MD 21741 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Jason Illinois, Inc. P.O. Box 87288 258 Westgate Drive Carol Stream, IL 60188-2243 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Jason Industrial, Inc. P.O. Box 10004 340 Kaplan Drive Fairfield, NJ 07004-6004 | - | | | | | | 165.90 |
| Account No. | | | | | | | |
| JC Repair Company 8020-D Vinecrest Avenue Louisville, KY 40222 | - | | | | | | 0.00 |

Sheet no. __73__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          165.90

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mark Crush, LLC**
,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jefferson County Clerk<br>527 West Jefferson Street<br>Louisville, KY 40202 | - | | | | | | 0.00 |
| Account No.<br><br>Jefferson County Sheriff's Office<br>P.O. Box 70300<br>Louisville, KY 40270-0300 | - | | | | | | 0.00 |
| Account No.<br><br>Jefferson Smurfit<br>8182 Maryland Avenue<br>Saint Louis, MO 63105 | - | | | | | | 0.00 |
| Account No.<br><br>Jeffery Chain Company<br>2307 Maden Drive<br>Morristown, TN 37813 | - | | | | | | 0.00 |
| Account No.<br><br>JFT Precision Fabrication Inc.<br>P.O. Box 6588<br>Shepherdsville, KY 40165 | - | | | | | | 0.00 |

Sheet no. __74__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Mark Crush, LLC** _____ , Case No. _____

   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Jo Ann Curran P.O. Box 382 Hebron, KY 41048 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| John Conti Gourmet Coffee P.O. Box 18289 Louisville, KY 40261 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Joint Way International Inc. 1645 NE 72nd Avenue Portland, OR 97213 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Jones Bearing Company 1062 Hwy 72 East Pelham, AL 35124 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Joyce Dayton Corp. P.O. Box 635789 Cincinnati, OH 45263-5789 | - | | | | | | | 0.00 |

Sheet no. __75__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Mark Crush, LLC** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| JP Industrial Supply Company 545 Barret Avenue Louisville, KY 40204 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Justin Coulter 455 S 11th Street Louisville, KY 40203 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| K C I Supply Company 3708 Manslick Road Louisville, KY 40215-1410 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Kabelschlepp America 7100 West Marcia Road Milwaukee, WI 53223 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Kaeser & Blair Incorporated 4236 Grissom Drive Batavia, OH 45103 | - | | | | | | 0.00 |

Sheet no. __76__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re   **Mark Crush, LLC**                             ,      Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kaman Ind. Tech**<br>**11920 Carrier Court**<br>**Suite A, Branch 314**<br>**Louisville, KY 40299** | - | | | | | | 0.00 |
| Account No.<br><br>**Kastalon**<br>**4100 West 124th Place**<br>**Alsip, IL 60803** | - | | | | | | 0.00 |
| Account No.<br><br>**Kentuckiana Propane Exchange**<br>**3908 Cane Run Road**<br>**Louisville, KY 40211** | - | | | | | | 0.00 |
| Account No.<br><br>**Kentuckiana Wire Rope**<br>**3335 Industrial Parkway**<br>**Jeffersonville, IN 47130** | - | | | | | | 0.00 |
| Account No.<br><br>**Kentucky Pest Control**<br>**P.O. Box 405**<br>**Louisville, KY 40201** | - | | | | | | 0.00 |

Sheet no. __77__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                              Subtotal<br>               (Total of this page)      **0.00**

In re  **Mark Crush, LLC**
                                                                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kentucky Revenue Cabinet**<br>**Frankfort, KY 40619-0008** | - | | | | | | 0.00 |
| Account No.<br><br>**Kentucky State Treasurer**<br>**Department of Revenue**<br>**Frankfort, KY 40620-0003** | - | | | | | | 0.00 |
| Account No.<br><br>**Kentucky State Treasurer**<br>**Department of Revenue**<br>**Frankfort, KY 40619-0007** | - | | | | | | 0.00 |
| Account No.<br><br>**Keyence Corp. of America**<br>**Dept. Ch 17128**<br>**Palatine, IL 60055-7128** | - | | | | | | 598.00 |
| Account No.<br><br>**KF Group Inc.**<br>**4250-101 Regency Drive**<br>**Greensboro, NC 27410** | - | | | | | | 0.00 |

Sheet no. __78__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **598.00**

In re   **Mark Crush, LLC**                                                          ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Kieran Coogan 715 Lydgate Cove Louisville, KY 40222 | - | | | | | | | 0.00 |
| Account No. Kiplinger Letter 1729 H Street Washington, DC 20006 | - | | | | | | | 0.00 |
| Account No. Klein Brothers 1101 West Broadway Louisville, KY 40203 | - | | | | | | | 0.00 |
| Account No. Kraft Fluid Systems P.O. Box 72128 Cleveland, OH 44192-0128 | - | | | | | | | 0.00 |
| Account No. Krauth Electric Company 4742 Allmond Avenue Louisville, KY 40209-4197 | - | | | | | | | 0.00 |

Sheet no. __79__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

In re **Mark Crush, LLC**                                          , Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **KTR Corporation** **P.O. Box 4543** **South Bend, IN 46634** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Kustes Hydraulics** **4623 Pinewood Road** **Louisville, KY 40218** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Kyana Packaging & Industrial** **3592 Reliable Parkway** **Chicago, IL 60686-0035** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Landstar Express America** **P.O. Box 651434** **Charlotte, NC 28265-1434** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Lang Company** **540 South 13th Street** **Louisville, KY 40203** | - | | | | | | 0.00 |

Sheet no. __80__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          0.00

In re   **Mark Crush, LLC**                          ,      Case No. _____
<br>                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Lebanon Power**<br>**451 East Main Street**<br>**Lebanon, KY 40033** | - | | | | | | 0.00 |
| Account No. <br><br>**Lee Controls**<br>**727 South Avenue**<br>**Piscataway, NJ 08854** | - | | | | | | 0.00 |
| Account No. <br><br>**Leeson Electric Corporation**<br>**3750 Solutions Center**<br>**Chicago, IL 60677** | - | | | | | | 8,692.66 |
| Account No. <br><br>**Leeson Electric Corporation**<br>**Bin #321**<br>**Milwaukee, WI 53288** | - | | | | | | 0.00 |
| Account No. <br><br>**Levee Lift, Inc.**<br>**922 Division Street**<br>**Evansville, IN 47711** | - | | | | | | 0.00 |

Sheet no. __81__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **8,692.66**

In re **Mark Crush, LLC**                                              Case No. _____

_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| LG&E P.O. Box 537108 Atlanta, GA 30353-7108 | | | | | | | 383.74 |
| Account No. | | - | | | | | |
| LG&E P.O. Box 32000 Louisville, KY 40232 | | | | | | | 0.00 |
| Account No. | | - | | | | | |
| Liberty Tool P.O. Box 179 Muskegon, MI 49443-0179 | | | | | | | 0.00 |
| Account No. | | - | | | | | |
| Lifting Gear Hire Corporation 7431 West 90th Street Bridgeview, IL 60455 | | | | | | | 0.00 |
| Account No. | | - | | | | | |
| Lincoln Motors Bin #88036 Milwaukee, WI 53288-0036 | | | | | | | 0.00 |

Sheet no. __82__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    383.74

In re **Mark Crush, LLC** _____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lincoln Tool** <br> **200 Commerce Parkway** <br> **Hodgenville, KY 42748** | - | | | | | | 0.00 |
| Account No. <br><br> **Linn Gear Company** <br> **P.O. Box 397** <br> **Lebanon, OR 97355-0397** | - | | | | | | 629.05 |
| Account No. <br><br> **Littelfuse Inc.** <br> **1258 Collection Center Drive** <br> **Chicago, IL 60693** | - | | | | | | 0.00 |
| Account No. <br><br> **Logan Clutch Corp.** <br> **28855 Ranney Parkway** <br> **Westlake, OH 44145** | - | | | | | | 0.00 |
| Account No. <br><br> **Logan Lavelle Hunt Ins. Agency** <br> **11420 Bluegrass Parkway** <br> **Louisville, KY 40299** | - | | | | | | 0.00 |

Sheet no. __83__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **629.05**

In re __**Mark Crush, LLC**_____,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Loma Systems**<br>**39425 Treasury Center**<br>**Chicago, IL 60694-9400** | - | | | | | | 0.00 |
| Account No. <br><br>**Loma Systems**<br>**283 East Lies Road**<br>**Carol Stream, IL 60188** | - | | | | | | 0.00 |
| Account No. <br><br>**Lou. Jeff. Co. Met. Rev. Comm.**<br>**P.O. Box 37740**<br>**Louisville, KY 40233-7740** | - | | | | | | 0.00 |
| Account No. <br><br>**Louisville Fluid Systems Techn**<br>**11633 Deerfield Road**<br>**Cincinnati, OH 45242** | - | | | | | | 0.00 |
| Account No. <br><br>**Louisville FOP**<br>**400 Wallace Avenue**<br>**Louisville, KY 40207** | - | | | | | | 0.00 |

Sheet no. __84__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    0.00

In re **Mark Crush, LLC** _____ ,     Case No. _____

                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Louisville Mill Supply Co.** <br>**P.O. Box 1449** <br>**Louisville, KY 40201** | - | | | | | | 0.00 |
| Account No. <br><br>**Louisville Water Co.** <br>**P.O. Box 32460** <br>**Louisville, KY 40232-2460** | - | | | | | | 192.39 |
| Account No. <br><br>**Lovejoy, Inc. H** <br>**P.O. Box 95295** <br>**Palatine, IL 60095-0295** | - | | | | | | 10,453.22 |
| Account No. <br><br>**Lubesite Systems Inc.** <br>**808 Aviation Parkway** <br>**Suite 1400** <br>**Morrisville, NC 27560-6600** | - | | | | | | 0.00 |
| Account No. <br><br>**Lubo Industries** <br>**598 Oliver Drive** <br>**Troy, MI 48084** | - | | | | | | 0.00 |

Sheet no. __85__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal              10,645.61

           (Total of this page)

In re    **Mark Crush, LLC**                                 ,       Case No. _____

                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lufkin Industries** <br> **P.O. Box 201331** <br> **Houston, TX 77216** | - | | | | | | <br><br><br> 0.00 |
| Account No. <br><br> **M Q Automation** <br> **9851 Park Davis Drive** <br> **Indianapolis, IN 46235** | - | | | | | | <br><br><br> 0.00 |
| Account No. <br><br> **Mac's Fire Protection** <br> **P.O. Box 72931** <br> **Louisville, KY 40272** | - | | | | | | <br><br><br> 55.00 |
| Account No. <br><br> **Mac's Fire Protection** <br> **7703 National Turnpike** <br> **Louisville, KY 40214** | - | | | | | | <br><br><br> 0.00 |
| Account No. <br><br> **Machine Drive Company** <br> **8919 Rossash Road** <br> **Cincinnati, OH 45236** | - | | | | | | <br><br><br> 0.00 |

Sheet no. __86__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal                          55.00 <br> (Total of this page)

In re **Mark Crush, LLC**                                    , Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Machine Drive Company** **P.O. Box 569** **Akron, OH 44309** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Machine Guard & Cover Co.** **4414 136th Avenue** **Holland, MI 49424** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Mader Bearing Supply Inc.** **P.O. Box 950** **Mobile, AL 36601** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Magnaloy Coupling Company** **P.O. Box 455** **Alpena, MI 49707** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Main Control Inc.** **4201 Airport Road** **Cincinnati, OH 45226** | - | | | | | | 0.00 |

Sheet no. __87__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

In re  **Mark Crush, LLC**                                                              ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Manitou Company** P.O. Box 10526 Saint Paul, MN 55110 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Manufacturer's Industrial Co.** 1555 Green Forest Trail Cumming, GA 30041 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Manufacturers News, Inc.** 1633 Central Street Evanston, IL 60201-1569 | - | | | | | | 209.00 |
| Account No. | | | | | | | |
| **Marine Industries Corp.** 3303 Industrial Parkway Jeffersonville, IN 47130 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Mark E. Crush** 6106 Regal Springs Drive Louisville, KY 40205 | - | | | | | | 7,400.00 |

Sheet no. __88__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     **7,609.00**

In re **Mark Crush, LLC**                                   , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Marland Clutch 23601 Hoover Road Warren, MI 48089 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Martin & Associates 10385 Spartan Drive Cincinnati, OH 45215 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Martin Engineering 2475 Paysphere Circle Chicago, IL 60674 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Martin Engineering Dept. 4531 Carol Stream, IL 60122-4531 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Martin Sprocket & Gear, Inc. P.O. Box 974066 Dallas, TX 75397-4066 | - | | | | | | 0.00 |

Sheet no. __89__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Mark Crush, LLC**                                   Case No. _____
                                    ,
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Maska P.O. Box 95256 Chicago, IL 60694-5256 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Mason-Dixon Information System 2905 Brownsboro Road Louisville, KY 40206 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| MasterDrive, Inc. 701 Highland Avenue P.O. Box 157 Fort Atkinson, WI 53538-0157 | - | | | | | | 1,382.59 |
| Account No. | | | | | | | |
| Matlock Electric Company Inc. 2780 Highland Avenue Cincinnati, OH 45212 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Maurey Manufacturing P.O. Box 8 Holly Springs, MS 38635-0008 | - | | | | | | 0.00 |

Sheet no. __90__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          1,382.59

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re  **Mark Crush, LLC**                              ,      Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Maurey Manufacturing**<br>**410 Industrial Park Road**<br>**Holly Springs, MS 38635** | - | | | | | | | | 0.00 |
| Account No.<br><br>**Maxi-Lift, Inc.**<br>**Dura-Buket Company**<br>**P.O. Box 700008**<br>**Dallas, TX 75370-0008** | - | | | | | | | | 0.00 |
| Account No.<br><br>**McMaster-Carr**<br>**P.O. Box 7690**<br>**Chicago, IL 60680-7690** | - | | | | | | | | 0.00 |
| Account No.<br><br>**Mechanical Rubber & Supply Co.**<br>**P.O. Box 281**<br>**Tucker, GA 30085-0281** | - | | | | | | | | 0.00 |
| Account No.<br><br>**Meisner Roller Company**<br>**801 Taylorsville Road**<br>**Shelbyville, KY 40065** | - | | | | | | | | 0.00 |

Sheet no. __91__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal                         **0.00**
                                  (Total of this page)

In re **Mark Crush, LLC** _____ ,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Melissa Royalty 260 Kennedy Lane Richmond, KY 40475 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Meter & Valve Co. 1195 South Pierce Street Denver, CO 80232 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Metro Fence Industries 4521 Bishop Lane Louisville, KY 40218 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Metro Lift Propane 1999 Outer Loop Louisville, KY 40219 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| MG Newell Bishop Lane, Suite 112 Louisville, KY 40218 | - | | | | | | | 0.00 |

Sheet no. __92__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal         0.00
(Total of this page)

In re   **Mark Crush, LLC**                             ,       Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Michel Tires Plus** **434 East Market Street** **Louisville, KY 40202** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Midwest Caster & Wheel, Inc.** **431 West Seymour Avenue** **Cincinnati, OH 45216-1827** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Midwest Drives, Inc.** **P.O. Box 12544** **Cincinnati, OH 45237** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Midwest Electrical** **5141 North 35th Street** **Milwaukee, WI 53209** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Midwest Industrial Sales, Inc.** **1231 Nagel Road** **Cincinnati, OH 45255** | - | | | | | | 1,486.20 |

Sheet no. **93** of **156** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal
             (Total of this page)       **1,486.20**

In re __**Mark Crush, LLC**_____ ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Midwest Power Products Inc.** **235 South Lindberg Street** **Griffith, IN 46319** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Midwestern Industries Inc.** **915 Oberlin Road SW** **P.O. Box 810** **Massillon, OH 44648-0810** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Miether Bearing** **8720 North County Road West** **Odessa, TX 79764** | - | | | | | | 1,934.75 |
| Account No. | | | | | | | |
| **Miller Bearing Company** **420 Portage Boulevard** **Kent, OH 44240** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Miller Bearings** **P.O. Box 861758** **Orlando, FL 32886-1758** | - | | | | | | 0.00 |

Sheet no. __**94**__ of __**156**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,934.75**

In re  **Mark Crush, LLC**                                                     ,          Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Miller Bearings** **1132 53rd Court North** **West Palm Beach, FL 33407** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Mingston Electric Inc.** **547 Coralridge Place** **La Puente, CA 91746** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Minuteman Press** **3201 Fern Valley Road** **Suite 112** **Louisville, KY 40213** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Minuteman Press** **600 Distillery Commons** **Suite 150** **Louisville, KY 40206** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Misumi USA Inc.** **1105 Remington Road** **Suite B** **Schaumburg, IL 60173** | - | | | | | | 0.00 |

Sheet no. __95__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __Mark Crush, LLC_____,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Mitutoyo America Corp.** **958 Corporate Boulevard, #1** **Aurora, IL 60504** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Mixer Systems Inc.** **P.O. Box 10** **Pewaukee, WI 53072** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Moeller Electric Corporation** **P.O. Box 62073** **Houston, TX 77205** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Moeller Electric Corporation** **Regional Center-Midwest** **5350 Transportation Boulevard** **Suite 3** **Cleveland, OH 44125** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Mol Belting Company** **P.O. Box 141095** **2532 Waldorf Court N.W.** **Grand Rapids, MI 49514-1095** | - | | | | | | 0.00 |

Sheet no. __96__ of __156__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)          0.00

In re    **Mark Crush, LLC** _____ ,    Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | | | | | |
| Monarch Automation, Inc. 8890 Eagle Ridge Court West Chester, OH 45069 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Moreno Express, Inc. P.O. Box 39292 Louisville, KY 40223 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Mosier Fluid Power OH 2475 Technical Drive Miamisburg, OH 45342 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Motion Ind P.O. Box 98412 Chicago, IL 60693-8412 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Motion Specialists Int. 11435 Century Circle West Cincinnati, OH 45246 | - | | | | | | 0.00 |

Sheet no. __97__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                              Subtotal (Total of this page)     0.00

In re   **Mark Crush, LLC**                         ,        Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Motion Specialists Int.**<br>**3647 O'Hara Road**<br>**Erlanger, KY 41018** | - | | | | | | 1,765.66 |
| Account No.<br><br>**Motor Systems, Inc.**<br>**501 TechniCenter Drive**<br>**Suite F**<br>**Milford, OH 45150** | - | | | | | | 0.00 |
| Account No.<br><br>**Motor Systems, Inc.**<br>**P.O. Box 691531**<br>**Cincinnati, OH 45269-1531** | - | | | | | | 0.00 |
| Account No.<br><br>**Motovario Corp.**<br>**818 Curie Drive**<br>**Alpharetta, GA 30005** | - | | | | | | 0.00 |
| Account No.<br><br>**Mouser Electronics**<br>**1000 North Main Street**<br>**Mansfield, TX 76063** | - | | | | | | 0.00 |

Sheet no. __98__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,765.66**

In re __**Mark Crush, LLC**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Mr. Moly/Component Parts P.O. Box 12542 Rochester, NY 14612-0542 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Mulhern Belting, Inc. P.O. Box 620 Oakland, NJ 07436 | - | | | | | | 144.85 |
| Account No. | | | | | | | |
| MVP Assemblies P.O. Box 991673 Louisville, KY 40269-1673 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Nachi 715 Pushville Road Greenwood, IN 46143 | - | | | | | | 988.46 |
| Account No. | | | | | | | |
| National Bearing Co. 161-1 Industrial Parkway Somerville, NJ 08876 | - | | | | | | 0.00 |

Sheet no. __99__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **1,133.31**

In re  **Mark Crush, LLC**                                          ,  Case No. _____

                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Neil Lavielle Supply** P.O. Box 32740 Louisville, KY 40232 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Neill-Lavielle Steel Division** P.O. Box 856300 Dept. 112 Louisville, KY 40285-6300 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Newark** P.O. Box 94151 Palatine, IL 60094 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Nexen Group, Inc.** NW-9912 P.O. Box 1450 Minneapolis, MN 55485 | - | | | | | | 1,971.10 |
| Account No. | | | | | | | |
| **Nook Industries, Inc.** P.O. Box 951191 Cleveland, OH 44193 | - | | | | | | 0.00 |

Sheet no. __100__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,971.10

In re **Mark Crush, LLC** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Nord Gear Corporation**<br>**P.O. Box 355**<br>**Dept. 5231**<br>**Dubuque, IA 52004-0355** | - | | | | | | | 335.00 |
| Account No.<br><br>**Nord Gear Corporation**<br>**P.O. Box 3090**<br>**Dept. 5231**<br>**Milwaukee, WI 53201** | - | | | | | | | 0.00 |
| Account No.<br><br>**North American Galvanizing**<br>**6310 Kenjoy Drive**<br>**Louisville, KY 40214** | - | | | | | | | 0.00 |
| Account No.<br><br>**North Texas Valve & Mach**<br>**1216 North Hwy 377**<br>**Pilot Point, TX 76258** | - | | | | | | | 464.88 |
| Account No.<br><br>**Northend Gear and Machine, Inc.**<br>**475 Security Drive**<br>**Fairfield, OH 45014** | - | | | | | | | 0.00 |

Sheet no. __101__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

799.88

In re **Mark Crush, LLC** _____ ,     Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Novex, Inc.**<br>**258 Main Street**<br>**Wadsworth, OH 44281** | - | | | | | | 0.00 |
| Account No. <br><br>**Now Courier**<br>**4125 Clubview Drive**<br>**Fort Wayne, IN 46804** | - | | | | | | 0.00 |
| Account No. <br><br>**NSW, LLC**<br>**c/o ConWed Plastics, LLC**<br>**P.O. Box 79013**<br>**Baltimore, MD 21279-0013** | - | | | | | | 0.00 |
| Account No. <br><br>**NTN Bearing Corp. of America**<br>**22193 Network Place**<br>**Chicago, IL 60673-1221** | - | | | | | | 0.00 |
| Account No. <br><br>**Nugent Sand Company**<br>**P.O. Box 6072**<br>**Louisville, KY 40206** | - | | | | | | 0.00 |

Sheet no. __102__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                            Subtotal                    0.00
(Total of this page)

In re **Mark Crush, LLC** _____ ,     Case No. _____

                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**O.B. & E. Rubber Co.**<br>**2997 Industrial Parkway**<br>**Jeffersonville, IN 47130** | - | | | | | | 0.00 |
| Account No.<br><br>**Oasis Computer Solutions**<br>**200 Whittington Parkway**<br>**Suite 100**<br>**Louisville, KY 40222** | - | | | | | | 112.50 |
| Account No.<br><br>**Oasis Computer Solutions**<br>**9000 Wessex Place, Suite 301**<br>**Louisville, KY 40222** | - | | | | | | 0.00 |
| Account No.<br><br>**Office Depot**<br>**6600 North Military Trail**<br>**Boca Raton, FL 33496** | - | | | | | | 0.00 |
| Account No.<br><br>**Ohio Belting and Transmission**<br>**300 North Westwood**<br>**Toledo, OH 43607** | - | | | | | | 0.00 |

Sheet no. __103__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      112.50
(Total of this page)

In re  **Mark Crush, LLC** _____ ,     Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ohio Carbon**<br>**705 US Hwy 224**<br>**Nova, OH 44859** | - | | | | | | 0.00 |
| Account No.<br><br>**Ohio Casualty Co.**<br>**P.O. Box 5001**<br>**Hamilton, OH 45012-5001** | - | | | | | | 0.00 |
| Account No.<br><br>**Ohio Transmission & Pump Co.**<br>**P.O. Box 73278**<br>**Cleveland, OH 44193** | - | | | | | | 0.00 |
| Account No.<br><br>**Ohio Valley Asphalt**<br>**7700 Highway 329**<br>**Crestwood, KY 40014** | - | | | | | | 0.00 |
| Account No.<br><br>**Oil-Rite Corporation**<br>**P.O. Box 1207**<br>**Manitowoc, WI 54221-1207** | - | | | | | | 0.00 |

Sheet no. __104__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Best Case Bankruptcy

In re __**Mark Crush, LLC**_____ ,     Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Oiles America Corporation**<br>**44099 Plymouth Oaks Boulevard**<br>**Suite 109**<br>**Plymouth, MI 49170** | - | | | | | | 0.00 |
| Account No.<br><br>**Old Dominion Freight Line, Inc.**<br>**P.O. Box 198475**<br>**Atlanta, GA 30384-8475** | - | | | | | | 0.00 |
| Account No.<br><br>**Old Dominion Freight Line, Inc.**<br>**P.O. Box 60908**<br>**Charlotte, NC 28260-0908** | - | | | | | | 0.00 |
| Account No.<br><br>**Omni Metalcraft Corp.**<br>**P.O. Box 352**<br>**Alpena, MI 49707** | - | | | | | | 0.00 |
| Account No.<br><br>**Omron Electronics, LLC**<br>**P.O. Box 73285**<br>**Chicago, IL 60673-7285** | - | | | | | | 0.00 |

Sheet no. __**105**__ of __**156**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **Mark Crush, LLC**                                            ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **On Location Blinds** **12940 Fenwick Center Drive** **Louisville, KY 40223** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Orange County Bearings** **1257 Batavia Street** **Orange, CA 92867** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Orr Safety** **111601 Interchange Drive** **Louisville, KY 40229** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **ORS NASCO** **1021 Paysphere Circle** **Chicago, IL 60674** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Osborn International** **23185 Network Place** **Chicago, IL 60673-2318** | - | | | | | | 0.00 |

Sheet no. __106__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                            0.00

In re    **Mark Crush, LLC**                                                    ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Overly Hautz Company** **P.O. Box 837** **Lebanon, OH 45036-0837** | - | | | | | | 161.82 |
| Account No. | | | | | | | |
| **Overnite** **P.O. Box 79755** **Baltimore, MD 21279-0755** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **P D Q Express** **5743 Cross Bridge Way** **Plainfield, IN 46168** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **P. T. International Corp.** **P.O. Box 411244** **Charlotte, NC 28241** | - | | | | | | 381.35 |
| Account No. | | | | | | | |
| **P.C.I.** **P.O. Box 115** **Alpena, MI 49707** | - | | | | | | 11,812.50 |

Sheet no. __107__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       12,355.67

In re   **Mark Crush, LLC**                              ,       Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Pacific Bearing Co.** <br>**3114 Eagle Way** <br>**Chicago, IL 60678-1031** | - | | | | | | 665.68 |
| Account No. <br><br>**Padgett, Inc.** <br>**901 East 4th Street** <br>**New Albany, IN 47150** | - | | | | | | 0.00 |
| Account No. <br><br>**Paladin Commercial Group** <br>**3140 South Peoria Street** <br>**#119** <br>**Aurora, CO 80014** | - | | | | | | 0.00 |
| Account No. <br><br>**PARC** <br>**517 South 4th Street** <br>**Louisville, KY 40202** | - | | | | | | 0.00 |
| Account No. <br><br>**Parker Hannifin Corp.** <br>**7905 Collection Center Drive** <br>**Chicago, IL 60693** | - | | | | | | 0.00 |

Sheet no. __**108**__ of __**156**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                               Subtotal                      **665.68**
                            (Total of this page)

In re **Mark Crush, LLC** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Parker Steel** **4239 Monroe Street** **Toledo, OH 43606** | - | | | | | | 0.00 |
| Account No. **Parts and Electric Motors, Inc.** **1400-34 North Cicero Avenue** **Chicago, IL 60651** | - | | | | | | 0.00 |
| Account No. **Peer Bearing** **3663 Solutions Center** **Lockbox #773663** **Chicago, IL 60677-3006** | - | | | | | | 0.00 |
| Account No. **Peer Chain Company** **135 South LaSalle Street** **Dept. 2286** **Chicago, IL 60674-2286** | - | | | | | | 0.00 |
| Account No. **Peerless Electronics** **75 Remittance Drive** **Suite 1422** **Chicago, IL 60675-1422** | - | | | | | | 0.00 |

Sheet no. **109** of **156** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Mark Crush, LLC**                        ,       Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Peerless Electronics** <br>**1815 South 7th Street** <br>**Louisville, KY 40208** | - | | | | | | 0.00 |
| Account No. <br><br>**Penn Ball Bearing Co.** <br>**P.O. Box 303** <br>**Riverside, NJ 08075** | - | | | | | | 0.00 |
| Account No. <br><br>**Pepperwood Catering** <br>**11803 Shelbyville Road** <br>**Louisville, KY 40222** | - | | | | | | 0.00 |
| Account No. <br><br>**Perfection Gear, Inc.** <br>**21453 Network Place** <br>**Chicago, IL 60673-1214** | - | | | | | | 0.00 |
| Account No. <br><br>**Petrochem Valve** <br>**2420 Husk** <br>**Houston, TX 77003** | - | | | | | | 0.00 |

Sheet no. __110__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal               
(Total of this page)         0.00

In re __Mark Crush, LLC_____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Phase Three Electric, Inc.** <br> **2115 East Market Street** <br> **New Albany, IN 47150** | - | | | | | | 0.00 |
| Account No. <br><br> **Philip Garber** <br> **1243 Shadow Brook Road** <br> **La Grange, KY 40031** | - | | | | | | 0.00 |
| Account No. <br><br> **Pimco** <br> **c/o SNA Financial Services** <br> **6427 West Hwy. 146, Ste. 1** <br> **Attn: Mr. Gene Walter** <br> **Crestwood, KY 40014** | - | | | | | | 0.00 |
| Account No. <br><br> **PJ Delivery Inc.** <br> **2210 Goldsmith Lane** <br> **Suite 208-A** <br> **Louisville, KY 40218** | - | | | | | | 0.00 |
| Account No. <br><br> **PJ Delivery Inc.** <br> **2206 Hikes Lane** <br> **Suite C** <br> **Louisville, KY 40218** | - | | | | | | 0.00 |

Sheet no. __111_ of _156_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re   **Mark Crush, LLC**                                    ,      Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **PNC Bank** <br> **249 5th Avenue** <br> **Suite 30** <br> **Pittsburgh, PA 15222** | - | | | | | | <br><br>0.00 |
| Account No. <br><br> **Pneudraulics, Inc.** <br> **111 Brookside Drive** <br> **Nicholasville, KY 40356** | - | | | | | | <br><br>0.00 |
| Account No. <br><br> **Pobco, Inc.** <br> **99 Hope Avenue** <br> **Worcester, MA 01603-2298** | - | | | | | | <br><br>0.00 |
| Account No. <br><br> **Poklar Automation** <br> **10979 Reed Artman Hwy 316** <br> **Cincinnati, OH 45242** | - | | | | | | <br><br>0.00 |
| Account No. <br><br> **Popp Machine & Tool, Inc.** <br> **1463 South Brook Street** <br> **Louisville, KY 40208** | - | | | | | | <br><br>135.00 |

Sheet no. \_\_**112**\_\_ of \_\_**156**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal             135.00
(Total of this page)

In re __**Mark Crush, LLC**_____,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Power & Rubber Supply, Inc.** **P.O. Box 3069** **Tuscaloosa, AL 35403** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Power Rite Products** **Div. of RAK Industries** **690 Jersey Avenue** **New Brunswick, NJ 08901** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Precision Filtration Products** **P.O. Box 218** **Pennsburg, PA 18073-0218** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Precision Tools Service** **Dept. CH 19354** **Palatine, IL 60055-9354** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Precision Tools Service** **4280 Reliable Parkway** **Chicago, IL 60686-0042** | - | | | | | | | 7,950.99 |

Sheet no. __113__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                7,950.99

In re **Mark Crush, LLC** _____ ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Precision, Inc. P.O. Box 310241 Des Moines, IA 50331 | - | | | | | | 7,963.77 |
| Account No. | | | | | | | |
| Premier Industrial Tech. P.O. Box 4467 Pittsburgh, PA 15205 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Prince Precision Maching, LLC 3013 McMahan Boulevard Louisville, KY 40220 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Pro Heat, Inc. 117 East Adam Street La Grange, KY 40031 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Process Machinery, Inc. P.O. Box 37101 Louisville, KY 40233-7101 | - | | | | | | 0.00 |

Sheet no. __114__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          7,963.77

In re    **Mark Crush, LLC** _____ ,    Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Producer Feeds** **165 North Clay Street** **Louisville, KY 40202** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Professional Engineering** **8007 Vinecrest Avenue** **Suite 5** **Louisville, KY 40222** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Progressive Northern Ins. Co.** **4241 Olympic Boulevard, Ste. 100** **Erlanger, KY 41018** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Prudential Insurance** **122 Fairfax Avenue** **Louisville, KY 40207** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **QTC/StockDrives** **P.O. Box 95019** **Chicago, IL 60694** | - | | | | | | 0.00 |

Sheet no. __115__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal           0.00
                                (Total of this page)

In re   **Mark Crush, LLC**                                                                 ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Quality Bearing Components** **P.O. Box 95019** **Chicago, IL 60694-5019** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Quality Electric Motor Service** **8020 Vinecrest Avenue** **Louisville, KY 40222** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Quality Transmission Component** **125 Railroad Avenue** **New Hyde Park, NY 11040** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Queen City Supply** **P.O. Box 632132** **Cincinnati, OH 45263-2132** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **R & J First Company** **239 South Edgewood Avenue** **Hamilton, OH 45013-2503** | - | | | | | | 0.00 |

Sheet no. __116__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

In re    **Mark Crush, LLC**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**R & L Carriers, Inc.**<br>**P.O. Box 713153**<br>**Columbus, OH 43271-3153** | - | | | | | | | 431.37 |
| Account No.<br><br>**R&M Welding Products, Inc.**<br>**P.O. Box 633605**<br>**105 Williams Way Wilde**<br>**Newport, KY 41076** | - | | | | | | | 0.00 |
| Account No.<br><br>**R. J. Reynolds**<br>**401 North Main Street**<br>**Winston Salem, NC 27101** | - | | | | | | | 0.00 |
| Account No.<br><br>**R.B. International, Inc.**<br>**256 Kruse Avenue**<br>**Monrovia, CA 91016** | - | | | | | | | 0.00 |
| Account No.<br><br>**Rainbow Rubber & Plastics**<br>**1031-A MacArthur Road**<br>**Reading, PA 19605** | - | | | | | | | 0.00 |

Sheet no.  __117__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    431.37

In re   **Mark Crush, LLC**                                                          ,   Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Ramsey Products Corporation**<br>**3701 Performance Road**<br>**P.O. Box 668827**<br>**Charlotte, NC 28266-8827** | - | | | | | | 0.00 |
| Account No. <br><br>**Randall Bearing Inc.**<br>**P.O. Box 1258**<br>**Greenlawn Avenue and Lake Street**<br>**Lima, OH 45804** | - | | | | | | 0.00 |
| Account No. <br><br>**Randolph, Hale and Meredith Inc.**<br>**P.O. Box 1217**<br>**Bowling Green, KY 42102-1217** | - | | | | | | 0.00 |
| Account No. <br><br>**Randolph, Hale and Meredith Inc.**<br>**319 State Street**<br>**Bowling Green, KY 42101** | - | | | | | | 0.00 |
| Account No. <br><br>**Rapid Ind., Inc.**<br>**P.O. Box 19259**<br>**Louisville, KY 40259-0259** | - | | | | | | 0.00 |

Sheet no. __118__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.00

In re **Mark Crush, LLC** ,                    Case No. _____

                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| RBC Dain 4360 Brownsboro Road Suite 115 Louisville, KY 40207 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Reassure America Life Ins. Co. P.O. Box 305153 Nashville, TN 37230-5153 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Rebuilders, Inc. P.O. Box 455 La Grange, KY 40031 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| RECO 1862 Production Court Louisville, KY 40299 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Red Express Delivery P.O. Box 932 Covington, KY 41012-0932 | - | | | | | | 0.00 |

Sheet no. __119__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **Mark Crush, LLC** _____ ,   Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Red Lion Controls** <br> **21551 Network Place** <br> **Chicago, IL 60673-1215** | | - | | | | | 0.00 |
| Account No. <br><br> **Refreshment Services of America** <br> **1870 Production Court** <br> **Louisville, KY 40299** | | - | | | | | 0.00 |
| Account No. <br><br> **Regina USA, Inc.** <br> **824 Chesapeake Drive** <br> **Cambridge, MD 21613** | | - | | | | | 379.48 |
| Account No. <br><br> **Regina USA, Inc.** <br> **305 East Mahn Court** <br> **Oak Creek, WI 53154** | | - | | | | | 379.48 |
| Account No. <br><br> **Reid Supply Co.** <br> **2265 Black Creek Road** <br> **Muskegon, MI 49444** | | - | | | | | 0.00 |

Sheet no. __120__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

758.96

In re **Mark Crush, LLC**                                ,     Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Reliable Hot Shot Delivery** <br> **P.O. Box 607** <br> **Hillview, KY 40129-0607** | - | | | | | | 0.00 |
| Account No. <br><br> **Reliance Electric Co.** <br> **P.O. Drawer CS 198191** <br> **Atlanta, GA 30384** | - | | | | | | 0.00 |
| Account No. <br><br> **Renold, Inc.** <br> **P.O. Box 8000** <br> **Dept. 795** <br> **Buffalo, NY 14267** | - | | | | | | 0.00 |
| Account No. <br><br> **Republic Diesel** <br> **P.O. Box 35650** <br> **Louisville, KY 40232** | - | | | | | | 0.00 |
| Account No. <br><br> **Republic Pneumatics** <br> **P.O. Box 34007** <br> **Louisville, KY 40232** | - | | | | | | 0.00 |

Sheet no. __121__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re __**Mark Crush, LLC**_____ ,     Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Reuland Electric** **P.O. Box 40385** **Cincinnati, OH 45240-0385** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Rexnord Industries, Inc.** **P.O. Box 93944** **Chicago, IL 60673-3944** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Richards Electric** **226 East Jacob Street** **Louisville, KY 40203** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Richards Electric** **4620 Reading Road** **Cincinnati, OH 45229** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Rick Coulter** **325 Baxter Avenue** **Louisville, KY 40204** | - | | | | | | 0.00 |

Sheet no. __**122**__ of __**156**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Mark Crush, LLC** , Case No. _____
　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Ritbearing Corp. 46 Foster Road, Suite 6 Hopewell Junction, NY 12533 | - | | | | | | 1,457.10 |
| Account No. | | | | | | | |
| Rollertech Mfg. 541 Industry Road Suite 450 Louisville, KY 40208 | - | | | | | | 327.20 |
| Account No. | | | | | | | |
| Rome Eddleman Assoc. Inc. 620 Reliability Circle Knoxville, TN 37932 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Rotary Airlock, LLC 707 East 17th Street Rock Falls, IL 61071 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Roton Products Inc. 660 East Elliott Saint Louis, MO 63122 | - | | | | | | 0.00 |

Sheet no. _123_ of _156_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 1,784.30

In re **Mark Crush, LLC** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Royal Bearing Inc.** <br> **P.O. Box 20098** <br> **Portland, OR 97294** | - | | | | | | 235.44 |
| Account No. <br><br> **Royal Steel Ball Products, Inc.** <br> **304 East 29th Street** <br> **P.O. Box 901** <br> **Sterling, IL 61081** | - | | | | | | 0.00 |
| Account No. <br><br> **Royersford Foundry** <br> **P.O. Box 190** <br> **Royersford, PA 19468** | - | | | | | | 0.00 |
| Account No. <br><br> **Rush Transportation & Logistic** <br> **P.O. Box 2810** <br> **Dayton, OH 45401** | - | | | | | | 0.00 |
| Account No. <br><br> **S & J Precision, Inc.** <br> **4239 Earnings Way** <br> **New Albany, IN 47150** | - | | | | | | 0.00 |

Sheet no. __124__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

235.44

In re **Mark Crush, LLC**                                           , Case No. _____

_____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| S & K Construction, Inc. 4909 Greenwood Road Louisville, KY 40258 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Sage Software, Inc. Attn: Customer Care Dept. P.O. Box 849887 Dallas, TX 75284-9887 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Saia Motor Company P.O. Box 730532 Dallas, TX 75373 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Sam's Club P.O. Box 4537 Carol Stream, IL 60197-4537 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Sampla Belting 61N Gates Avenue Buffalo, NY 14218 | - | | | | | | 0.00 |

Sheet no. __125_ of __156_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

In re    **Mark Crush, LLC**                                 ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sampla Belting** <br> **40 Centre Drive** <br> **Orchard Park, NY 14127** | - | | | | | | 0.00 |
| Account No. <br><br> **Schatz Bearing Corporation** <br> **10 Fairview Avenue** <br> **Poughkeepsie, NY 12601** | - | | | | | | 0.00 |
| Account No. <br><br> **Scheerer Bearing** <br> **430 Caredean Drive** <br> **Horsham, PA 19044** | - | | | | | | 0.00 |
| Account No. <br><br> **Schwaab, Inc.** <br> **P.O. Box 3128** <br> **Milwaukee, WI 53201-3128** | - | | | | | | 0.00 |
| Account No. <br><br> **Scott Industrial Systems** <br> **P.O. Box 1387** <br> **Dayton, OH 45401** | - | | | | | | 1,213.38 |

Sheet no. __126__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal          | 1,213.38
(Total of this page)

In re **Mark Crush, LLC** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Screw Conveyor Corporation** <br>**700 Hoffman Street** <br>**Hammond, IN 46327** | - | | | | | | 0.00 |
| Account No. <br><br>**See Accurate Bushing** <br>**443 North Avenue** <br>**Garwood, NJ 07027** | - | | | | | | 0.00 |
| Account No. <br><br>**Seneca Insurance Companies** <br>**P.O. Box 11186A** <br>**New York, NY 10286-1186** | - | | | | | | 0.00 |
| Account No. <br><br>**Service Caster Corporation** <br>**Riverfront Business Center** <br>**9 South First Avenue** <br>**Reading, PA 19611** | - | | | | | | 0.00 |
| Account No. <br><br>**SEW - Eurodrive, Inc.** <br>**c/o Patrick J. Kilburn, Esq.** <br>**Lloyd & McDaniel** <br>**11405 Park Road, Ste. 200** <br>**Louisville, KY 40223** | - | | | | | | 2,504.00 |

Sheet no. __127__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    2,504.00

In re  **Mark Crush, LLC**                                                        ,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Shelby County Fire Department** <br> **200 Alpine Drive** <br> **Shelbyville, KY 40065** | - | | | | | | <br><br> 0.00 |
| Account No. <br><br> **Sherry Coulter** <br> **325 Baxter Avenue** <br> **Louisville, KY 40204** | - | | | | | | <br><br> 0.00 |
| Account No. <br><br> **Shippers Supply Company** <br> **6950 Reliable Parkway** <br> **Chicago, IL 60686-0069** | - | | | | | | <br><br> 0.00 |
| Account No. <br><br> **Shreveport Brassworks** <br> **300 Airport Drive** <br> **Shreveport, LA 71107** | - | | | | | | <br><br> 0.00 |
| Account No. <br><br> **Sick/Stegmann, Inc.** <br> **7496 Webster Street** <br> **Dayton, OH 45414** | - | | | | | | <br><br> 0.00 |

Sheet no. __128__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __Mark Crush, LLC_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Sign 4 545 Barret Avenue Louisville, KY 40204 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| Simatec Smart Technologies 13900-C South Lakes Drive Charlotte, NC 28273 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| SITI Industrial Products Inc. 17338 Westfield Park Road Westfield, IN 46074 | | - | | | | | 634.00 |
| Account No. | | | | | | | |
| Skolnik Industries, Inc. | | - | | | | | 11,230.00 |
| Account No. | | | | | | | |
| Smart Business Solutions, Inc. 350 Adams Street Suite C-4 Louisville, KY 40206 | | - | | | | | 0.00 |

Sheet no. __129__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            11,864.00

In re  **Mark Crush, LLC**                    ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Smart Money<br>P.O. Box 8464<br>Red Oak, IA 51591-1464 | - | | | | | | 0.00 |
| Account No. <br><br>Smithsonian Institution<br>P.O. Box 62060<br>Tampa, FL 33662 | - | | | | | | 0.00 |
| Account No. <br><br>Snider Bolt and Screw<br>P.O. Box 99567<br>Louisville, KY 40269-0567 | - | | | | | | 0.00 |
| Account No. <br><br>Snider Bolt and Screw<br>11503 Champions Way<br>Louisville, KY 40299 | - | | | | | | 0.00 |
| Account No. <br><br>SNR Bearings USA<br>P.O. Box 406046<br>Atlanta, GA 30384-6046 | - | | | | | | 0.00 |

Sheet no. __130__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    0.00

In re __**Mark Crush, LLC**_____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Solus Industrial Innovations** **P.O. Box 905824** **Charlotte, NC 28290-5824** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Solus Industrial Innovations** **P.O. Box 890839** **Charlotte, NC 28289-0839** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Southeastern Shafting Mfg. Inc.** **Box 168** **New Lexington, OH 43764** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Southern Controls, Inc.** **P.O. Box 210399** **Montgomery, AL 36121-0399** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Southside Machine** **3761 Eiler Avenue** **Saint Louis, MO 63116** | - | | | | | | 0.00 |

Sheet no. __131__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      0.00

In re **Mark Crush, LLC** _____ ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | | | | | |
| Speed Control, Inc. 9 Carlisle Drive Simpsonville, SC 29681 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Speed Selector, Inc. 17050 Munn Road Chagrin Falls, OH 44023 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Speed Selector, Inc. P.O. Box 560 Twinsburg, OH 44087 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Spencer Machine 6205 Gheens Mill Road Jeffersonville, IN 47130 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Splawn Belting, Inc. Power Transmission & Conveyor P.O. Box 1299 Burlington, NC 27216-1299 | - | | | | | | 50.06 |

Sheet no. __132__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal
        (Total of this page)      50.06

In re  **Mark Crush, LLC** _____,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **SST Bearing Corporation**<br>**P.O. Box 692153**<br>**Cincinnati, OH 45269-2153** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **SST Conveyor Components, Inc.**<br>**154 Commerce Boulevard**<br>**Loveland, OH 45140** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Stafford Manufacturing Corp.**<br>**256 Andover Street**<br>**Wilmington, MA 01887** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Stamler Machine Company, Inc.**<br>**828 South 17th Street**<br>**Louisville, KY 40210** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Stamps.com**<br>**12959 Coral Tree Place**<br>**Los Angeles, CA 90066-7020** | - | | | | | | **0.00** |

Sheet no. __133__ of __156__ sheets attached to Schedule of        Subtotal        **0.00**
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

In re  **Mark Crush, LLC**                                                  ,          Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Star Linear (Rexroth) 33920 Treasury Center Chicago, IL 60694 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| State Electric 1977 Congressional Drive Saint Louis, MO 63146 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Stephens-Adamson P.O. Box 933179 Atlanta, GA 31193-3179 | - | | | | | | 91.23 |
| Account No. | | | | | | | |
| Stephens-Adamson 1515 Desoto Avenue Hwy. 49 S Clarksdale, MS 38614 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Sterling Electric, Inc. P.O. Box 678285 Dallas, TX 75267-8285 | - | | | | | | 0.00 |

Sheet no. __134_ of __156_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          91.23

In re  **Mark Crush, LLC**                                             ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Stober Drives, Inc.**<br>**P.O. Box 97**<br>**Maysville, KY 41056** | - | | | | | | | 0.00 |
| Account No.<br><br>**Stober Drives, Inc.**<br>**P.O. Box 643248**<br>**Cincinnati, OH 45264-3248** | - | | | | | | | 0.00 |
| Account No.<br><br>**Straeffer Pump & Supply, Inc.**<br>**6100 Oak Grove Road**<br>**Evansville, IN 47715** | - | | | | | | | 0.00 |
| Account No.<br><br>**Strategic Bearing Supply**<br>**1506 Straus Road**<br>**Cedar Hill, TX 75104** | - | | | | | | | 0.00 |
| Account No.<br><br>**Strategic Communications**<br>**1961 Bishop Lane**<br>**Louisville, KY 40218** | - | | | | | | | 0.00 |

Sheet no. __135__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re   **Mark Crush, LLC**               ,     Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Strong Hold Products**<br>**P.O. Box 9043**<br>**Louisville, KY 40209-0043** | - | | | | | | 0.00 |
| Account No. <br><br>**Sumitomo**<br>**P.O. Box 60638**<br>**Charlotte, NC 28260** | - | | | | | | 0.00 |
| Account No. <br><br>**Sumitomo**<br>**4200 Holland Boulevard**<br>**Chesapeake, VA 23323** | - | | | | | | 0.00 |
| Account No. <br><br>**SunSource**<br>**NW 7809**<br>**P.O. Box 1450**<br>**Minneapolis, MN 55485-7809** | - | | | | | | 0.00 |
| Account No. <br><br>**Super Home Systems**<br>**2175 Watterson Trail**<br>**Louisville, KY 40229** | - | | | | | | 0.00 |

Sheet no. __136__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                          **0.00**
(Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re  **Mark Crush, LLC**                                                          ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Superior Industries P.O. Box 654 Morris, MN 56267 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| System Components Inc. 1635 Stieve Drive South Haven, MI 49090 | - | | | | | | 1,168.42 |
| Account No. | | | | | | | |
| T. B. Wood's Incorporated NW 5877 P.O. Box 1450 Minneapolis, MN 55485-5877 | - | | | | | | 241.20 |
| Account No. | | | | | | | |
| Tafel Motors, Inc. 4156 Shelbyville Road Louisville, KY 40207 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Talon Bearing Company P.O. Box 64051 Souderton, PA 18964 | - | | | | | | 89.29 |

Sheet no. __137__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,498.91

In re   **Mark Crush, LLC**                     ,     Case No. _____

                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Tapeswitch Corporation**<br>**100 Schmitt Boulevard**<br>**Farmingdale, NY 11735** | - | | | | | | 0.00 |
| Account No. <br><br>**Tec-Hackett**<br>**P.O. Box 8830**<br>**Fort Wayne, IN 46898-0015** | - | | | | | | 0.00 |
| Account No. <br><br>**Ted Enterprises, Inc.**<br>**P.O. Box 682**<br>**Crestwood, KY 40014** | - | | | | | | 0.00 |
| Account No. <br><br>**TEMCO**<br>**112 Commerce Boulevard**<br>**Loveland, OH 45140** | - | | | | | | 0.00 |
| Account No. <br><br>**Ten Cate Enbi**<br>**1703 McCall Drive**<br>**Shelbyville, IN 46176** | - | | | | | | 0.00 |

Sheet no. __138__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

           Subtotal         | 0.00
(Total of this page)

In re **Mark Crush, LLC**                                         ,      Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Texas Bearings** <br>**412 South Jackson** <br>**Amarillo, TX 79101** | - | | | | | | 0.00 |
| Account No. <br><br>**Thal-Mor Associates, Inc.** <br>**P.O. Box 49489** <br>**Dayton, OH 45449** | - | | | | | | 0.00 |
| Account No. <br><br>**The Alarm Center** <br>**1400 North Providence Road** <br>**Suite 3055** <br>**Media, PA 19063** | - | | | | | | 120.00 |
| Account No. <br><br>**The Industrial Brush Co., Inc.** <br>**P.O. Box 869** <br>**Caldwell, NJ 07007** | - | | | | | | 0.00 |
| Account No. <br><br>**The Peerless Group** <br>**500 South Vandemark Road** <br>**Sidney, OH 45365** | - | | | | | | 0.00 |

Sheet no. __139__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **120.00**

In re   **Mark Crush, LLC**                                                      ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| The Roho Group<br>100 North Florida Avenue<br>Belleville, IL 62221 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| The Timken Company<br>1100 Cherry Avenue, S.E.<br>P.O. Box 751580<br>Charlotte, NC 28275 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| The Verdin Company<br>444 Reading Road<br>Cincinnati, OH 45202 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Thelco<br>2390 West Dartmouth Avenue<br>Englewood, CO 80110 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Third Street Collision<br>3904 South Third Street<br>Louisville, KY 40214 | - | | | | | | | 0.00 |

Sheet no. __140__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re   **Mark Crush, LLC**                                          ,                    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **THK America, Inc.** <br> **P.O. Box 70167** <br> **Chicago, IL 60673** | - | | | | | | 1,039.45 |
| Account No. <br><br> **TigerTek Industrial Services** <br> **2741 NC Hwy 135** <br> **Stoneville, NC 27048** | - | | | | | | 0.00 |
| Account No. <br><br> **Tool Repair Service Inc.** <br> **1200 Goss Avenue** <br> **Louisville, KY 40217** | - | | | | | | 0.00 |
| Account No. <br><br> **Toolmex** <br> **2015 S. Mitchell Boulevard** <br> **Schaumburg, IL 60193** | - | | | | | | 0.00 |
| Account No. <br><br> **Tork Products of Lima, Inc.** <br> **P.O. Box 5370** <br> **Fort Wayne, IN 46895-5370** | - | | | | | | 3,938.20 |

Sheet no. __141__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                               4,977.65

In re __Mark Crush, LLC_____,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Toronto Gear Works 39 Bertrand Avenue | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Torq Corporation 32 West Monroe Street Bedford, OH 44146 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Torque Transmission 1246 High Street Painesville, OH 44077 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Torque, Inc. 201 Castleberry Court Milford, OH 45150 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Tower Automotive 311 Vanderbilt Drive Bowling Green, KY 42104 | - | | | | | | | 0.00 |

Sheet no. __142__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __Mark Crush, LLC__ _____,      Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Towersend Rubber Technologies** **499 Roberts Avenue** **Louisville, KY 40214** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Transcom/Dichtomatik N. Amer.** **1087 Park Place** **Shakopee, MN 55379** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Treez Service** **508 Baxter Avenue** **Louisville, KY 40204** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Tri-State Plating Inc.** **1125 South 12th Street** **Louisville, KY 40210** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Tri-Tronics Company, Inc.** **7705 Cheri Court** **Tampa, FL 33634-2419** | - | | | | | | 0.00 |

Sheet no. __143__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **Mark Crush, LLC**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Trio Engineering Products**<br>**1700 Vanderbilt Road**<br>**Birmingham, AL 35234** | - | | | | | | 0.00 |
| Account No.<br><br>**TW Telecom**<br>**P.O. Box 172567**<br>**Denver, CO 80217-2567** | - | | | | | | 14,285.87 |
| Account No.<br><br>**Two Trades Plumbing & Piping**<br>**6521 Greenwood Road**<br>**Louisville, KY 40258** | - | | | | | | 0.00 |
| Account No.<br><br>**U.S. Chamber of Commerce**<br>**1615 H. Street, NW**<br>**Washington, DC 20062-2000** | - | | | | | | 0.00 |
| Account No.<br><br>**U.S. Express Inc.**<br>**P.O. Box 4624**<br>**Louisville, KY 40204** | - | | | | | | 0.00 |

Sheet no. __144__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     14,285.87

In re  **Mark Crush, LLC** _____,  Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **U.S. Tsubaki** **P.O. Box 92218** **Chicago, IL 60675-2218** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **U.S. Tsubaki** **P.O. Box 92218** **Chicago, IL 60675-2218** | - | | | | | | 52,562.52 |
| Account No. | | | | | | | |
| **Uline** | - | | | | | | 66.69 |
| Account No. | | | | | | | |
| **Uni-Chains Mfg., Inc.** **500 Brentwood Drive** **Reading, PA 19611** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Unique Tech.** **42 Mileed Way** **Avenel, NJ 07001** | - | | | | | | 0.00 |

Sheet no. __145_ of __156_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,629.21

In re **Mark Crush, LLC** ,                                                                Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**United Bearing**<br>**675 B South Royal Lane**<br>**Coppell, TX 75019-3805** | - | | | | | | **0.00** |
| Account No.<br><br>**United Bearing**<br>**P.O. Box 911879**<br>**Dallas, TX 75391-1879** | - | | | | | | **0.00** |
| Account No.<br><br>**United Parcel Service**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | - | | | | | | **0.00** |
| Account No.<br><br>**United Parcel Service**<br>**P.O. Box 505820**<br>**The Lakes, NV 88905-5820** | - | | | | | | **505.48** |
| Account No.<br><br>**United Sales Distributors, Inc.**<br>**85 Morgantown Industrial Park**<br>**Morganton, GA 30560** | - | | | | | | **0.00** |

Sheet no. _**146**_ of _**156**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**505.48**

In re **Mark Crush, LLC** ,                   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| United Sales Distributors, Inc. 4376 Corporate Square Boulevard Naples, FL 34104 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| United Sales Distributors, Inc. 85 Morgantown Industrial Park Morganton, GA 30560 | - | | | | | | 762.43 |
| Account No. | | | | | | | |
| United States Treasury Internal Revenue Service P.O. Box 660308 Dallas, TX 75266-0308 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Universal Air 1819 Taylor Avenue Suite A Louisville, KY 40213 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Universal Bearing Company 16191 Collections Center Drive Chicago, IL 60693 | - | | | | | | 0.00 |

Sheet no. __147__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    762.43

In re **Mark Crush, LLC** _____ ,   Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Universal Bearing Company** <br> P.O. Box 79001 <br> Drawer 1581 <br> Detroit, MI 48279-1581 | | - | | | | | | 1,355.47 |
| Account No. <br><br> **Universal Coupling** <br> 8521 Lyndon <br> Detroit, MI 48238 | | - | | | | | | 231.88 |
| Account No. <br><br> **University of Louisville** <br> 2301 S 3rd Street <br> Louisville, KY 40208 | | - | | | | | | 0.00 |
| Account No. <br><br> **UPS Freight** <br> 28013 Network Place <br> Chicago, IL 60673-1280 | | - | | | | | | 0.00 |
| Account No. <br><br> **UPS Freight** <br> P.O. Box 79755 <br> Baltimore, MD 21279-0755 | | - | | | | | | 0.00 |

Sheet no. __148__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   1,587.35

In re __Mark Crush, LLC_____ ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **UPS Supply Chain Solutions** <br> **Box 371232** <br> **Pittsburgh, PA 15250-7232** | - | | | | | | **29.80** |
| Account No. <br><br> **US Seal Mfg.** <br> **P.O. Box 13677** <br> **Chicago, IL 60693** | - | | | | | | **0.00** |
| Account No. <br><br> **US Seal Mfg.** <br> **155 Pierce Street** <br> **Somerset, NJ 08873** | - | | | | | | **0.00** |
| Account No. <br><br> **USF Holland** <br> **27052 Network Place** <br> **P.O. Box 79001** <br> **Chicago, IL 60673-1270** | - | | | | | | **0.00** |
| Account No. <br><br> **USF Holland** <br> **Drawer #5833** <br> **P.O. Box 79001** <br> **Detroit, MI 48279-5833** | - | | | | | | **0.00** |

Sheet no. __149__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **29.80**

In re   **Mark Crush, LLC**                                 ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Vacon, Inc. Lockbox 9011 P.O. Box 8500 Philadelphia, PA 19178 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| Valley Forge Life Ins. Co. P.O. Box 10811 Clearwater, FL 33757-8811 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| Valvoline Instant Oil Change 40014 Eastern Parkway Louisville, KY 40204 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| Van Gorp Corp. P.O. Box 288 Pella, IA 50219 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| Van Zeeland 103 West North Avenue P.O. Box 303 Little Chute, WI 54140 | | - | | | | | 0.00 |

Sheet no. __150__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          Subtotal
(Total of this page)      0.00

In re    **Mark Crush, LLC**                                    ,      Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Vbralign Inc.** <br> **530G Southlake Boulevard** <br> **Richmond, VA 23236** | - | | | | | | 0.00 |
| Account No. <br><br> **Verizon Wireless** <br> **P.O. Box 25505** <br> **Lehigh Valley, PA 18002-5505** | - | | | | | | 0.00 |
| Account No. <br><br> **Verizon Wireless** <br> **P.O. Box 630021** <br> **Dallas, TX 75263-0021** | - | | | | | | 377.91 |
| Account No. <br><br> **Vernon Sales Promotion** <br> **Dept. C** <br> **One Promotion Place** <br> **P.O. Box 600** <br> **Newton, IA 50208-2065** | - | | | | | | 0.00 |
| Account No. <br><br> **Versa-Mount Inc.** <br> **2482 Bright Star Road** <br> **Douglasville, GA 30134** | - | | | | | | 0.00 |

Sheet no. \_\_**151**\_\_ of \_\_**156**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              Subtotal                     **377.91**
        (Total of this page)

In re   **Mark Crush, LLC**                             ,      Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**VIBCO**<br>**75 Stilson Road**<br>**P.O. Box 8**<br>**Wyoming, RI 02898** | - | | | | | | 0.00 |
| Account No. <br><br>**Volunteers of America**<br>**1660 Duke Street**<br>**Alexandria, VA 22314** | - | | | | | | 0.00 |
| Account No. <br><br>**Von Ruden Mfg.**<br>**P.O. Box 699**<br>**Buffalo, MN 55313** | - | | | | | | 0.00 |
| Account No. <br><br>**W. R. Martin**<br>**1204 West Main Street**<br>**Louisville, KY 40203** | - | | | | | | 400.00 |
| Account No. <br><br>**Wasley Group**<br>**Precision Moulding, Inc.**<br>**87 Spring Lane**<br>**Plainville, CT 06062** | - | | | | | | 0.00 |

Sheet no. __152__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                    **400.00**
(Total of this page)

In re **Mark Crush, LLC**                                                    ,     Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Waste Management** <br> **Louisville Hauling** <br> **P.O. Box 9001054** <br> **Louisville, KY 40290-1054** | - | | | | | | 0.00 |
| Account No. <br><br> **Wayne's Lawn Service, Inc.** <br> **3930-B Bardstown Road** <br> **Louisville, KY 40218** | - | | | | | | 0.00 |
| Account No. <br><br> **Webex** <br> **1035 Breezewood Lane** <br> **Neenah, WI 54957** | - | | | | | | 0.00 |
| Account No. <br><br> **Wesco Distribution Inc.** <br> **3419 Bashford Avenue Court** <br> **Louisville, KY 40219** | - | | | | | | 0.00 |
| Account No. <br><br> **West American Rubber Company** <br> **Dept. 2877** <br> **Los Angeles, CA 90084-2877** | - | | | | | | 0.00 |

Sheet no. __153__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    (Total of this page)      0.00

In re    **Mark Crush, LLC**                       ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**West Coast Life Insurance Co.** <br>**2801 Highway 280 South** <br>**Birmingham, AL 35223** | - | | | | | | 0.00 |
| Account No. <br><br>**Weyhaeuser** <br>**1360 Durrett Lane** <br>**Louisville, KY 40213** | - | | | | | | 0.00 |
| Account No. <br><br>**Whittet Higgins** <br>**33 Higginson Avenue** <br>**P.O. Box 8** <br>**Central Falls, RI 02863** | - | | | | | | 0.00 |
| Account No. <br><br>**Wilkie Brothers Conveyors** <br>**P.O. Box 219** <br>**Marysville, MI 48040** | - | | | | | | 0.00 |
| Account No. <br><br>**Williams Cylinders & Controls** <br>**2450 Production Drive** <br>**Indianapolis, IN 46241** | - | | | | | | 0.00 |

Sheet no. __154__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal              0.00
(Total of this page)

In re  **Mark Crush, LLC**                                          ,          Case No. _____
_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Win-Door** **701 Courtland Boulevard** **Deltona, FL 32738** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Winlectric** **P.O. Box 530957** **Atlanta, GA 30353-0957** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Winsmith Peerless-Winsmith** **21611 Network Place** **Chicago, IL 60673-1216** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Worldwide Electric Corp.** **P.O. Box 307** **One Grove Street** **Suite 201 B** **Pittsford, NY 14534** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **WS Tyler** **P.O. Box 632504** **Cincinnati, OH 45263** | - | | | | | | 0.00 |

Sheet no. __155__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Mark Crush, LLC** _____,  Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Xspedius Communications** **462 South 4th Street** **Suite 220** **Louisville, KY 40202** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Yellow Transportation, Inc.** **P.O. Box 905587** **Charlotte, NC 28290-5587** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Yellow Transportation, Inc.** **P.O. Box 905175** **Charlotte, NC 28290-5175** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Zero-Max Motion Control Produc** **13200 Sixth Avenue North** **Minneapolis, MN 55441-5509** | - | | | | | | 7,168.95 |
| Account No. | | | | | | | |
| **Zip Express** **P.O. Box 33101** **Louisville, KY 40232** | - | | | | | | 0.00 |

Sheet no. __156__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 7,168.95 |
| Total (Report on Summary of Schedules) | 517,468.10 |

B6G (Official Form 6G) (12/07)

In re   **Mark Crush, LLC**                                      ,      Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re    **Mark Crush, LLC**
_____,    Case No. _____
                              Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Western District of Kentucky

In re   **Mark Crush, LLC**
_____,
                   Debtor

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 2,664.40 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 157 | | 517,468.10 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 165 | | | |
| Total Assets | | | 2,664.40 | | |
| Total Liabilities | | | | 517,468.10 | |

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Mark Crush, LLC** _____,     Case No. _____

                                           Debtor

                                                Chapter_____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

# United States Bankruptcy Court
## Western District of Kentucky

In re  **Mark Crush, LLC**

Debtor(s)

Case No. 

Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**167**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 27, 2011**

Signature  **/s/ Mark Crush**

**Mark Crush**

**Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Mark Crush, LLC**      Case No. _____
<br>Debtor(s)      Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **5,000.00** |
   | Prior to the filing of this statement I have received | $ | **5,000.00** |
   | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **October 27, 2011**      **/s/ Michael W. McClain**
<br>**Michael W. McClain**
<br>**Ballinger McClain, PLLC**
<br>**9720 Park Plaza Avenue**
<br>**Suite 102**
<br>**Louisville, KY 40241**
<br>**(502) 426-3215  Fax: (502) 426-3216**
<br>**mike@kentuckytrial.com**

---

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Mark Crush, LLC**                                   Case No. _____

                                                 Debtor(s)             Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 27, 2011**                      **/s/ Mark Crush**

                                             **Mark Crush**/**Member**
                                             Signer/Title

A & A Magnetics
P.O. Box 1427
Woodstock, IL 60098

A & A Manufacturing Co., Inc.
P.O. Box 88709
Milwaukee, WI 53288-0709

A & I Products
P.O. Box 8
1020 22nd Avenue
Rock Valley, IA 51247

A & M Machine
1101 West Main Street
Louisville, KY 40203

A & M Machine
1819 West Main Street
Louisville, KY 40204

A & W Bearings & Supply Co.
4935 Sharp
P.O. Box 561069
Dallas, TX 75356-1069

A. Arnold World Class Relocation
5200 Interchange Way
Louisville, KY 40229

A.P. Technolgies
P.O. Box 5000
Elizabethtown, KY 42702

AA Machine Inc.
321 Glenwood Drive
Bardstown, KY 40004

Aargon
3025 West Sahara Avenue
Las Vegas, NV 89102-6094

ABC Murray Sprockets, Inc.
6737 East 8 Mile Road
Warren, MI 48091

ABF Freight
3600 Bells Lane
Louisville, KY 40211-2121

ABL Products, Inc.
3726 Ridge Road
Cleveland, OH 44144-1182

AC Brake Co.
308 East College Street
Louisville, KY 40203

AC Technology Corp.
14452 Collection Center Drive
Chicago, IL 60693

AC Technology Corp.
630 Douglas Street
Uxbridge, MA 01569

Accurate Bushing
443 North Avenue
Garwood, NJ 07027

Accushim Inc.
4601 Lawndale Avenue
Lyons, IL 60534

Acme Auto
508 Baxter Avenue
Louisville, KY 40204

Acme Power
578 Broadway
Great Neck, NY 11026

ACP Automation LLC
9866 Crescent Park Drive
West Chester, OH 45069

ACR Computer Resources
211 East Market Street
New Albany, IN 47150

Acres Electric
1748 Clunie Lane
Corydon, IN 47112

ADP, Inc.
71 Hanover Road
Florham Park, NJ 07932

Advance Fabricators
980 Progress Boulevard
New Albany, IN 47150

Advanced Industrial
109 Mercer Court
Lexington, KY 40511

Advanced Industrial Electronic
11903 Plantside Drive
Louisville, KY 40299

Advanced System Integration &
9105 Sutton Place
Hamilton, OH 45011

Aflac
1932 Wynnton Road
Columbus, GA 31999

AGC Automotive
One Auto Glass Drive
Elizabethtown, KY 42701

Agri-Supply
3708 Cherry
Memphis, TN 38118

Air Float
110 Elizabeth Street
Tupelo, MS 38804

Air Hydro Power
P.O. Box 34170
Louisville, KY 40232

Air-Hydr. Sys./Nebr. Brng. Co.
NW 7851
P.O. Box 1450
Minneapolis, MN 55485-7851

Akron Bearing Co.
P.O. Box 7159
Akron, OH 44306

Akron Bearing Co.
1965 South Arlington Street
Akron, OH 44306

Alcco
6331 Midland Industrial Drive
Unit #15
Shelbyville, KY 40065

Alemite
P.O. Box 415000
Nashville, TN 37241

All Power Inc.
P.O. Box 671
Sioux City, IA 51102

All Shred Document Destruction
229 West Breckenridge Street
Louisville, KY 40203

Allan Borja
79 Swan Way
Taylorsville, KY 40071

Alliance Bearing Industries
14745 Arminta Street
Panorama City, CA 91402

Allied Automation
5220 East 64th Street
Indianapolis, IN 46220

Allied Bearings and Supply
5605 Jensen Street
New Orleans, LA 70123

Allied Bearings and Supply
P.O. Box 54372
New Orleans, LA 70154-4372

Allied Electric
P.O. Box 2325
Attn: Accounts Receivable
Fort Worth, TX 76113

Allied Electric
8134 New LaGrange Road
Suite 202
Louisville, KY 40222

Allied Locke Industries, Inc.
Green River Industrial Park
P.O. Box 509
Dixon, IL 61021

Allied Metrics
2 Wilson Drive
Sparta, NJ 07871

Alro Steel Corporation
Drawer #641005
P.O. Box 64000
Detroit, MI 48264-1005

Amec Industry, Inc.
1805 East Francis Street
Ontario, CA 91761

American Autoguard
5173 26th Avenue
Rockford, IL 61109

American Express
P.O. Box 650448
Dallas, TX 75265

American Fuji Seal, Inc.
1051 Bloomfield Road
Bardstown, KY 40004

American Machine
1224 East 8th Street
New Albany, IN 47150

American Metric Corporation
P.O. Box 740209
Dept. Code 40126
Atlanta, GA 30374-0209

American Packing and Gasket Co.
P.O. Box 660153
Dallas, TX 75266-0153

American Packing and Gasket Co.
P.O. Box 848276
Dallas, TX 75284-8276

American Ring & Tool Company
P.O. Box 75510
Cleveland, OH 44101-4255

American Ring & Tool Company
30450 Bruce Industrial Parkway
Solon, OH 44139

American Seal & Packing
Div. of Steadman & Associates
10661 Ellis Avenue, Unit E
Fountain Valley, CA 92708

American Sleeve Bearing
P.O. Box 131
Stafford Springs, CT 06076

Ameridrives
24985 Network Place
Chicago, IL 60673

Ameridrives
1802 Pittsburgh Avenue
P.O. Box 4000
Erie, PA 16512

AMI Bearings, Inc.
570 North Wheeling Road
Mount Prospect, IL 60056-1280

Amicon Drive Systems, Inc.
P.O. Box 410787
Charlotte, NC 28241

AMK Drives & Controls, Inc.
5631 South Laburnum Avenue
Henrico, VA 23231

Anderson, Bryant, Lasky & Winslow
943 South Third Street
Louisville, KY 40203-2242

Annual Corporate Compliance
Business Services Division
10535 East Washington Street, #353
Indianapolis, IN 46229

Apache Hose & Rubber
4805 Bowling Street, S.W.
Cedar Rapids, IA 52404

Apex Dynamics USA
1180-3 Lincoln Avenue
Holbrook, NY 11741

Applied Industrial Technologies
1111 Majaun Road
Lexington, KY 40511

Applied Power Solutions
1718 West Armitage Court
Addison, IL 60101

Applied Process Equipment
P.O. Box 77501
Baton Rouge, LA 70879

Arch Environmental Equipment
P.O. Box 1760
Paducah, KY 42002-1760

Are Machine
P.O. Box 9503
Louisville, KY 40209-0503

Arrow Electrical Contractors
P.O. Box 36215
Louisville, KY 40233

Arrow Grinding, Inc.
525 Vickers Street
Tonawanda, NY 14150

ASGCO
P.O. Box 5321
De Pere, WI 54115-5321

ASGCO Manufacturing, Inc.
P.O. Box 1999
Allentown, PA 18105-1999

Associated Tube
333 Peterson Drive
Elizabethtown, KY 42701

Assured Automation
19 Walnut Avenue
Clark, NJ 07066

Astec, Inc.
P.O. Box 538451
Atlanta, GA 30353-8451

Astro Controls, Inc.
P.O. Box 153111
1700 Parkside Avenue
Irving, TX 75061

AT&T
P.O. Box 105262
Atlanta, GA 30348-5262

AT&T
P.O. Box 70529
Charlotte, NC 28272-0529

AT&T Advertising
P.O. Box 70993
Charlotte, NC 28272-0993

Atlas Machine and Supply, Inc.
7000 Global Drive
Louisville, KY 40258

ATR Sales, Inc.
110 East Garry Avenue
Santa Ana, CA 92707

Atra-Flex
110 East Garry Avenue
Santa Ana, CA 92707

Aurora Bearing Company
901 Aucutt Road
Montgomery, IL 60538-1338

Aurora Bearing Company
970 South Lake Street
Aurora, IL 60506-5954

Automatic Air Corp. Inc.
367 Baxter Avenue
Louisville, KY 40204

Averitt Express, Inc.
P.O. Box 102197
Atlanta, GA 30368-2197

B & S Electric Co.
1100 Plantside Drive
Louisville, KY 40299

Bachman Auto Group
9650 Bluegrass Parkway
Louisville, KY 40299

Bag Bewegungstechnik Ag
Landstrasse 49
CH-5420 Ehrendingen

Baker Bearing Company, Inc.
13560 SE Pheasant Court
Portland, OR 97222

Baker Bohnert
P.O. Box 161238
Louisville, KY 40256

Baker Bohnert
P.O. Box 169003
Louisville, KY 40256

Baldor Electric Company
Commerce Bank
P.O. Box 802738
Kansas City, MO 64180-2738

Bando USA, Inc.
3570 Solutions Center
Chicago, IL 60677-3005

Bando USA, Inc.
Slot 30390
P.O. Box 66973
Chicago, IL 60666-0973

Bargain Supply Company, Inc.
844 East Jefferson Street
Louisville, KY 40206-1675

Bastian Material Handling
12300 Plantside Drive
Louisville, KY 40299

BBN Sales
P.O. Box 141163
Cincinnati, OH 45250

BDI
P.O. Box 6286
Cleveland, OH 44190-0007

Beacon Enterprise Solutions
1961 Bishop Lane
Louisville, KY 40218

Bearing and Drives Inc.
P.O. Box 116733
Atlanta, GA 30368

Bearing and Drives Inc.
607 Lower Poplar Street
Macon, GA 31201

Bearing Brokers, Inc.
1010 Commerce Drive
Lake Zurich, IL 60047

Bearing Chain and Supply
1814 Mony
Fort Worth, TX 76102

Bearing Distributors, Inc.
P.O. Box 74069
Cleveland, OH 44194-0161

Bearing Headquarters
1622 Fabricon Boulevard
Jeffersonville, IN 47130

Bearings Limited
2100 Pacific Street
Hauppauge, NY 11788-2091

Bearings Limited
20 Davids Drive
Hauppauge, NY 11788-2091

Bearings of Kentucky, Inc.
P.O. Box 856300
Dept. 113
Louisville, KY 40285-6300

Beha Catering
4714 Pinewood Road
Louisville, KY 40218

Bell South
P.O. Box 70529
Charlotte, NC 28272-0529

Bell South
P.O. Box 33009
Charlotte, NC 28243-0001

Bellsouth Advertising
P.O. Box 105024
Atlanta, GA 30348-5024

Belt Corp. of America
253 Castleberry Industrial Drive
Cumming, GA 30040

Belt Tech Industrial
2574 East 700 South
Washington, IN 47501

Beltservice Corporation
P.O. Box 790044
Dept. 110
Saint Louis, MO 63179

Beltworks, Inc.
4408 Southridge Drive
Louisville, KY 40272

Berliss Bearing Company
P.O. Box 45
Livingston, NJ 07039

Bestorq Inc.
6955 McCormick Drive
Lincoln, NE 68507

Bestorq Inc.
5800 Kennelley Court
Lincoln, NE 68516

Better Business Bureau
844 South Fourth Street
Louisville, KY 40203-2186

Bitsco
P.O. Box 626
316 R.L. Stowe Road
Belmont, NC 28012

Bluegrass Security Systems
4192 Hwy 44 East
Shepherdsville, KY 40165

Bob Tiebens
12312 Dominion Way
Louisville, KY 40299

Boca Bearing Company
755 NW 17th Avenue
E107
Delray Beach, FL 33445

Boca Bearing Company
1500 SW 30th Avenue
Unit 3
Boynton Beach, FL 33426

Boca Wire & Cable
P.O. Box 2226
Pompano Beach, FL 33061

Bohnert Equipment Company
Dept. 8019
Carol Stream, IL 60122-8019

Bornell Supply
8550 North County Road 25A
P.O. Box 1138
Piqua, OH 45356

Bosch Rexroth Corp.
33920 Treasury Center
Chicago, IL 60694

Boston Gear, LLC
NW 5525
P.O. Box 1450
Minneapolis, MN 55485-5525

Brast Industrial Solutions
506 East Caldwell Street
Louisville, KY 40203

Breco-Flex Co., L.L.C.
222 Industrial Way West
Eatontown, NJ 07724

Brewer Machine & Gear Co.
P.O. Box 14726
Saint Louis, MO 63178-4726

Brite Wholesale Electric Supply
1204 Hawkins Drive
Elizabethtown, KY 42701

Brown Transmission
1900 La Salle Avenue
Lancaster, PA 17601

Brownsboro Auto Detail
1901 Brownsboro Road
Louisville, KY 40206

Bryant Products, Inc.
W1388 Elmwood Avenue
P.O. Box 270
Ixonia, WI 53036

Bulbtronics
45 Banfi Plaza
Farmingdale, NY 11735

Bullitt County Belting and Sup
170 Jim Court
Louisville, KY 40229

Bunting Bearings Corp.
P.O. Box 673158
Detroit, MI 48267-3158

Bunting Bearings Corp.
1001 Holland Park Boulevard
Holland, OH 43528

Burke Process
629 Western Reserve Road
Ft Mitchell, KY 41017

Burns Insurance
207 Breckenridge Lane
Louisville, KY 40207

Business First
P.O. Box 36188
Charlotte, NC 28254-3764

BW Rogers
P.O. Box 569
Akron, OH 44309

BW Rogers
P.O. Box 951977
Cleveland, OH 44193

C & E Sales
677 Congress Park Drive
Dayton, OH 45459

C & H Distributors, LLC
22133 Network Place
Chicago, IL 60673-1133

C & S Machine & Mfg. Corp.
3832 Fitzgerald Road
Louisville, KY 40216

C&K Sales and Service Inc.
P.O. Box 20732
Louisville, KY 40250

C&K Sales and Service Inc.
1105 St. Louis Avenue
Louisville, KY 40210

C.D. Willis Plumbing, Inc.
77 Essex Way
Taylorsville, KY 40071

C.E.D.
334 East Dixie Avenue
Elizabethtown, KY 42701

Cambridge, Inc.
P.O. Box 399
Cambridge, MD 21613

Can-Do Machinery Sales LLC
P.O. Box 3071
Chatsworth, CA 91313-3071

Cardmember Services
Chase Card Services
P.O. Box 15153
Wilmington, DE 19886-5153

Carlisle-Dayco Power Transmission
21399 Network Place
Chicago, IL 60673-1213

Casi Mason
4001 Hurstbourne Woods Drive
Louisville, KY 40299

CC Stevens
1363 Donlon Street
Ventura, CA 93003

CDW Direct, LLC
P.O. Box 75723
Chicago, IL 60675-5723

Cerus Industrial
22995 NW Evergreen Parkway
Hillsboro, OR 97124

Chicago Spence Tool & Rubber
1125 North 27th Avenue
Melrose Park, IL 60160-2937

Cignys
General Accounting Office
68 Williamson Street
Saginaw, MI 48601

Cincinnati Belting & Transmission
737 West 6th Street
P.O. Box 14639
Cincinnati, OH 45250

Cincinnati Transmission
6311 Wiehe Road
Cincinnati, OH 45237

Circuit Breakers Inc.
4068 Mt. Royal Boulevard
Allison Park, PA 15101

Citation Equipment Inc.
4319 Crittenden Drive
Louisville, KY 40214

Clark Electric Co.
4157 Park Boulevard
Louisville, KY 40209

Classie Car Care
510 East Broadway
Louisville, KY 40202

Clearco Products Inc.
3430 G Progress Drive
Bensalem, PA 19020

Climex Metal Products
30202 Lakeland Boulevard
Wickliffe, OH 44092

Coffeys Towing & Recovery
4534 Poplar Level Road
Louisville, KY 40213

Coiltech
9301 West Bernice Street
Schiller Park, IL 60176

Collars & Couplings, Inc.
P.O. Box 1168
West Springfield, MA 01090

Competition Paving, Sealing, Str
1172 Elm Tree Court
Saint Clair, MO 63077

Con-Way Central Express
P.O. Box 642080
Pittsburgh, PA 15264-2080

Con-Way Freight, Inc.
P.O. Box 5160
Portland, OR 97208-5160

Conde Nast Portfolio
Executive Courtesy Program
4 Times Square
New York, NY 10036

Cone Drive Textron
Dept. CH 19432
Palatine, IL 60055

Cone Drive Textron
P.O. Box 71841
Chicago, IL 60694-1841

Congress Drives Division
2501 Brombeck Street
Ennis, TX 75119

Consolidated Bearings Company
P.O. Box 1255
Morristown, NJ 07962-1255

Consolidated Electrical Distribu
P.O. Box 3225
Louisville, KY 40201-3225

Consolidated Freightways
P.O. Box 641939
Pittsburgh, PA 15264-1939

Contractors Heaven
P.O. Box 436089
Louisville, KY 40243

Control Concepts, Inc.
100 Park Street
Putnam, CT 06260

Control Products, Inc.
515 West Boundary Street
Wetumpka, AL 36092

Control Products, Inc.
P.O. Box 105328
Atlanta, GA 30348

Control Techniques
P.O. Box 70141
Chicago, IL 60673

Conveyability, Inc.
2889 Northridge Drive, N.W.
Grand Rapids, MI 49544

Conveyor Components Co.
130 Seltzer Road
P.O. Box 167
Croswell, MI 48422

Conveyor Metal Works, Inc.
1050 South Washington Street
Circleville, OH 43113

Conveyor Systems & Engineering
1549 Pirtle Drive
Georgetown, IN 47122

Cope Plastics Inc.
Louisville, KY 40299

Cornerstone Controls
8625 Northwest Boulevard
Indianapolis, IN 46278

Corydon Machine and Tool Company
615 Quarry Road N
Corydon, IN 47112

Coulter Enterprises
210 East 4th Street
Hastings, NE 68901-5226

Craft Bearings
5000 Chestnut Avenue
Newport News, VA 23605

Craig Business Forms
1200 Outer Loop
Louisville, KY 40219

Crossover Drives Inc.
P.O. Box 9
Loudon, TN 37774-0009

Crossover Drives Inc.
3302 Rifle Range Road
Knoxville, TN 37918

Crush Bearings & Drives, Inc.
1455 Jamike Avenue
Erlanger, KY 41018

Crush Bearings & Drives, Inc.
10591 Chester Road
Cincinnati, OH 45215

Crush Bearings & Drives, Inc.-Lexington
2028 Parallel Road
Lexington, KY 40511

CST Bearings Co.
2115 South Santa Fe Street
Santa Ana, CA 92705

CT-Innovations
2268 Welsch Industrial Court
Saint Louis, MO 63146

Cunningham Overhead Door
2133 Frankfort Avenue
Louisville, KY 40206

Curtis Universal Joints
P.O. Box 70038
Springfield, MA 01107-0038

Cyber Bearings Inc.
16356 Downy Avenue
Paramount, CA 90723

D&F Distributors, Inc.
914 Ulrich Avenue
Louisville, KY 40219

D. Electric Company
626 West 4th Street
Freeport, TX 77541

Daido Corporation
Dept. CH 17559
Palatine, IL 60055-7559

Daido Corporation
P.O. Box 905317
Charlotte, NC 28290-5317

Dale Corum
7520 Lanfair Drive
Louisville, KY 40241

Dalton Bearing & Hydraulics
P.O. Box 393
Blaine, TN 37709

Dalton Gear Company
212 Colfax Avenue North
Minneapolis, MN 55405

Dan Kay
Executive Account Manager
ANI International, Inc.
125 South Wacker Drive, Ste. 1210
Chicago, IL 60606

Dart Controls, Inc.
5000 West 106th Street
P.O. Box 10
Zionsville, IN 46077

Day-Timers, Inc.
P.O. Box 27001
Lehigh Valley, PA 18002-7001

Dayton Freight Lines, Inc.
P.O. Box 340
Vandalia, OH 45377

Dayton Superior Products Co.
1370 Lytle Road
Troy, OH 45373

Delta Products Corp.
4405 Cushing Parkway
Fremont, CA 94538

Derby City Electric, Inc.
P.O. Box 17164
Louisville, KY 40217-0164

Derby City Pump & Valve
2760 Millers Lane
Louisville, KY 40216

Derbytown Towing, Inc.
P.O. Box 18372
Louisville, KY 40261

DHL Express (USA), Inc.
P.O. Box 4723
Houston, TX 77210-4723

Diamond Case, LLC
1590-A East Highwood
Pontiac, MI 48340

Diamond Chain Company
21809 Network Place
Chicago, IL 60673-1250

Digi-Key
701 Brooks Avenue South
Thief River Falls, MN 56701

Dings Co.
P.O. Box 689859
Milwaukee, WI 53268-9859

Direct Express Delivery
P.O. Box 8274
Lexington, KY 40533

Don Ott's Auto Body
705 Logan Street
Louisville, KY 40204

Douglas Manufacturing
300 Industrial Park Drive
Pell City, AL 35125

Down Town Ford
809 South Fifth Street
Louisville, KY 40203

Drives & Conveyors, Inc.
3865 Cumberland Falls Hwy.
Corbin, KY 40701

Drives & Conveyors, Inc.
P.O. Box 399
Corbin, KY 40702

Dura-Belt, Inc.
2909 Scioto-Darby Exec. Court
Hilliard, OH 43026

Dwight T. Lovan, Commissioner
Kentucky Labor Cabinet
Department of Workers' Claims
657 Chamberlin Avenue
Frankfort, KY 40601

E & H Electric
804 South 5th Street
Louisville, KY 40203

E&E Mechanical, Inc.
P.O. Box 197081
Louisville, KY 40259

```
E.B. Atmus Co. Inc.
65 Main Street
Springfield, MA 01101

Eagle Express
724 West Main Street
New Albany, IN 47150

Eastern Bearing
7096 North Bol Street
Manchester, NH 03103

Easylift Gas Springs
50 West Drive
Melbourne, FL 32904

EDT Corp.
1006-J NE 146th Street
Vancouver, WA 98685

EEC
3881 Danbury Road
Brewster, NY 10509

Electra-Gear Division
Bin #321
Milwaukee, WI 53288

Electra-Gear Division
Drawer 335
Milwaukee, WI 53278-0335

Electric Motor Repair & Rewind
743 East Main Street
Louisville, KY 40202

EMT International
1910 Cofrin Drive
Green Bay, WI 54302

Errands Express
3222 Rock Creek Drive
Louisville, KY 40207

Errands Express
7321 New LaGrange R$oad
Suite 228
Louisville, KY 40222

Euchner-USA, Inc.
6723 Lyons Street East
East Syracuse, NY 13057
```

EuroDrive
P.O. Box 75701
Charlotte, NC 28275-0701

F. K. Bearings, Inc.
865 West Queen Street
Southington, CT 06489

F. K. Bearings, Inc.
11 DePaola Drive
Southington, CT 06489

Fabreeka International
P.O. Box 3600-32
Boston, MA 02241

Fairchild Industrial
3920 West Point Boulevard
Winston Salem, NC 27103

Fairlane Products
33792 Doreka Drive
Fraser, MI 48026

Fall City Machine Technology
667 South 31st Street
Louisville, KY 40211

Fastenal Company
P.O. Box 978
Winona, MN 55987-0978

Federal Mogul Corporation
P.O. Box 636438
Cincinnati, OH 45263-6438

Federal Mogul Corporation
P.O. Box 672168
Detroit, MI 48267-2168

FedEx Custom Critical
P.O. Box 371627
Pittsburgh, PA 15251-7627

FedEx Freight
P.O. Box 223125
Pittsburgh, PA 15250

FedEx Freight East
4103 Collection Center Drive
Chicago, IL 60693

Felicia Jones
McCarthy, Burgess & Wolff
The MB&W Building
26000 Cannon Road
Bedford, OH 44146

Fenner Drives
P.O. Box 752030
Charlotte, NC 28275-2030

Fenner Drives
26 Gilbert Street
Monroe, NY 10950

Fenner Manheim
P.O. Box 752030
Charlotte, NC 28275-2030

Finch Automation
7264 Georgetown Road
Indianapolis, IN 46268-4125

First Capital Bank of Kentucky
293 North Hubbards Lane
P.O. Box 6898
Louisville, KY 40207

First Capital Bank of Kentucky
293 North Hubbards Lane
P.O. Box 6898
Louisville, KY 40207

Fluid Power Products, Inc.
P.O. Box 951977
Cleveland, OH 44193

Fluid Power Products, Inc.
P.O. Box 12090
Lexington, KY 40580-2090

Fluidaire Company
3600 Chamberlain Lane
Suite 608
Louisville, KY 40241

Foote-Jones/Illinois Gear Div.
Hub City/Foote Jones
P.O. Box 8725
Milwaukee, WI 53288-0725

Foote-Jones/Illinois Gear Div.
Regal-Beloit Corporation
P.O. Box 88010
Milwaukee, WI 53288-0010

Fore, Miller & Schwartz
200 South Fifth Street
First Trust Centre
Suite 700 North
Louisville, KY 40202

Form Spring Clutch
23601 Hoover Road
Warren, MI 48089

Franklin Electro Fluid
P.O. Box 18777
Memphis, TN 38181-0777

Frost Incorporated
2020 Bristol N.W.
Grand Rapids, MI 49504

FYH Bearing Units U.S.A., Inc.
285 Industrial Drive
Wauconda, IL 60084

G & G Manufacturing Company
P.O. Box 12086
Omaha, NE 68112-2066

G.E. Supply
P.O. Box 100275
Atlanta, GA 30384

G.L. Huyett
Box 232
Minneapolis, KS 67467

GAM Coupling Co.
901 East Business Center Drive
Mount Prospect, IL 60056

Garber Engineering Co.
303 Regency Ridge
Dayton, OH 45459

Gates Mectrol, Inc.
9 Northwestern Drive
Salem, NH 03079

Gatterdam's Electric Mtrs.
P.O. Box 11156
Louisville, KY 40251

General Bearing Corporation
Distributor Bearing Division
44 High Street
West Nyack, NY 10994

General Rubber & Plastics of
P.O. Box 17204
Louisville, KY 40217-0204

Gina Durante
Atradius Collections
1200 Arlington Heights Rd., Ste 410
Itasca, IL 60143

Goodman Conveyor Co.
P.O. Box 866
Route 178 South
Belton, SC 29627

Graft Pelle Co.
P.O. Box 4367
729 South Campbell Street
Louisville, KY 40204

Grainger
Dept. 840464598
Palatine, IL 60038-0001

Graphite Metalizing Corporation
1050 Nepperhan Avenue
Yonkers, NY 10703

Grob Inc.
1731 10th Avenue
Grafton, WI 53024

Guardian
P.O. Box 95101
Chicago, IL 60694-5101

Guardian Industries, Inc.
P.O. Box 478
300 Highway 212
Michigan City, IN 46361

Gulf United Industries
675 South Royal Lane
Coppell, TX 75019

GW Meade
801 Plainview Drive
Shelbyville, KY 40065

H&W Machine Repair
2119 Meyer Road
Fort Wayne, IN 46803

Hagemeyer North America
4801 Commerce Crossing Drive
Suite 10
Louisville, KY 40229

Halmar Corporation
1134 Bardstown Road
Louisville, KY 40204

Harmonic Drive LLC
247 Lynnfield Street
Peabody, MA 01960

Harwal
Industrial Lane
P.O. Box 363
Barre, VT 05641-0363

Hayes Manufacturing Inc.
P.O. Box 220
6875 US Hwy. 131
Fife Lake, MI 49633

HBD Industries
c/o Diane Vencion
CST Co.
P.O. Box 33127
Louisville, KY 40232-3127

Heim Group
6360 West 73rd Street
Chicago, IL 60638

Helical Products
P.O. Box 1069
Santa Maria, CA 93456

Heller Enterprises
504 Milton Way
Saint Helens, OR 97051

Helwig Carbon Products, Inc.
8900 West Tower Avenue
Milwaukee, WI 53224

Hern Iron Works
P.O. Box 1060
Coeur D Alene, ID 83816

Herrick Electric
733 Logan Street
Louisville, KY 40204

Hi-Light USA, Inc.
5708 Distribution Drive
Memphis, TN 38141

Hi-Lo Manufacturing
1700-G Freeway Boulevard
Minneapolis, MN 55430-1707

Higgins Tool & Die
4051 McCollum Court
Louisville, KY 40218

High Temp Bearing, Inc.
P.O. Box 17906
Ft Mitchell, KY 41017

Hitachi Maxco, Ltd.
P.O. Box 102105
Atlanta, GA 30368-0105

HKK Chain Corporation
9 Riverside Drive
P.O. Box 604
Pine Brook, NJ 07058-0604

Hodgenville Machine & Tool
142 Global Drive
Hodgenville, KY 42748

Hoists Direct, Inc.
123 Charter Street
Albemarle, NC 28001

Hub City
3783 Solutions Center
Chicago, IL 60677

Hub City
P.O. Box 88725
Milwaukee, WI 53288-0725

Humana
P.O. Box 528
Carol Stream, IL 60132-0528

Hunt & Knight Automotive Techs
2701 Watterson Trail
Louisville, KY 40299

Hydraulic Supply Company
300 International Parkway
Fort Lauderdale, FL 33325

Hydrotech, Inc.
10052 Commerce Park Drive
Cincinnati, OH 45246

Hyperdyne Systems
12599 Kenneth Price Road
Springdale, AR 72762

i365, Inc.
15422 Collections Center Drive
Chicago, IL 60693

Ideal Machine & Tool, Inc.
7150 Distribution Drive
Louisville, KY 40258

igus, inc.
P.O. Box 14349
East Providence, RI 02914

IKO International, Inc.
Midwest Operation
500 East Thornsdale Avenue
Wood Dale, IL 60191

IMO Pump
IMO Industries Inc.
St. Louis Lock Box for IMO Pump
Saint Louis, MO 63150-2932

Indiana Department of Revenue
P.O. Box 7207
Indianapolis, IN 46207-7207

Indiana Secretary of State
1423 South Jackson Street
Louisville, KY 40208

Industrial Belting & Transmission
P.O. Box 32215
Louisville, KY 40232

Industrial Clearinghouse Inc.
P.O. Box 29415
Dallas, TX 75229

Industrial Controls Distribution
P.O. Box 827058
Philadelphia, PA 19182-7058

Industrial Disposal
1423 South Jackson Street
Louisville, KY 40208

```
Industrial Flow Systems, Inc.
P.O. Box 204
Hamilton, OH 45012-0204

Industrial Machine and Tool
201 East 18th Street
New Albany, IN 47150

Industrial Parts & Electric Mo
5693 East Shelby Drive
Memphis, TN 38141

Industrial Repair Service, Inc.
2650 Business Drive
Cumming, GA 30040

Industrial Servos, LLC
3019 Standridge Road
Anderson, SC 29625

Intelligrated Systems, Inc.
P.O. Box 60843
Charlotte, NC 28260

Internal Revenue Service
Service Center Penalty Appeals Coordinat
Attn: cm
P.O. Box 9941, TPR M/S 6731
Ogden, UT 84409

Internal Revenue Service
P.O. Box 7422
Chicago, IL 60680-7422

International Bearing Corp.
P.O. Box 129
Clackamas, OR 97015

Interroll Corporation
P.O. Box 65006
Charlotte, NC 28265-0006

Intralox, LLC
P.O. Box 730367
Dallas, TX 75373-0367

IPTCI
9675 West 76th Street
Suite 130
Eden Prairie, MN 55344

IPTS
1869 Old Okeechobee Road
West Palm Beach, FL 33409
```

Isaacs Fluid Power Equipment
6091 Commerce Court
Mason, OH 45040

Isostatic Industries Inc.
2752 Paysphere Circle
Chicago, IL 60674

ITW Air Management
10125 Carver Road
Cincinnati, OH 45242-4798

J & J Pallet
P.O. Box 583
New Albany, IN 47150

J.K. Express
P.O. Box 4624
Louisville, KY 40204

J.R. Special Delivery, Inc.
P.O. Box 3475
Crossville, TN 38557

James Welding Service, Inc.
2399 New Hope Road
Bedford, KY 40006

Jamison Door Co.
P.O. Box 70
Hagerstown, MD 21741

Jason Illinois, Inc.
P.O. Box 87288
258 Westgate Drive
Carol Stream, IL 60188-2243

Jason Industrial, Inc.
P.O. Box 10004
340 Kaplan Drive
Fairfield, NJ 07004-6004

JC Repair Company
8020-D Vinecrest Avenue
Louisville, KY 40222

Jefferson County Clerk
527 West Jefferson Street
Louisville, KY 40202

Jefferson County Sheriff's Office
P.O. Box 70300
Louisville, KY 40270-0300

Jefferson Smurfit
8182 Maryland Avenue
Saint Louis, MO 63105

Jeffery Chain Company
2307 Maden Drive
Morristown, TN 37813

JFT Precision Fabrication Inc.
P.O. Box 6588
Shepherdsville, KY 40165

Jim Brown
Oregon Credit & Collections Bureau, Inc.
260 SW Ferry Street, Suite 201
P.O. Box 826
Albany, OR 97321

Jo Ann Curran
P.O. Box 382
Hebron, KY 41048

John Conti Gourmet Coffee
P.O. Box 18289
Louisville, KY 40261

Joint Way International Inc.
1645 NE 72nd Avenue
Portland, OR 97213

Jones Bearing Company
1062 Hwy 72 East
Pelham, AL 35124

Joyce Dayton Corp.
P.O. Box 635789
Cincinnati, OH 45263-5789

JP Industrial Supply Company
545 Barret Avenue
Louisville, KY 40204

Justin Coulter
455 S 11th Street
Louisville, KY 40203

K C I Supply Company
3708 Manslick Road
Louisville, KY 40215-1410

Kabelschlepp America
7100 West Marcia Road
Milwaukee, WI 53223

Kaeser & Blair Incorporated
4236 Grissom Drive
Batavia, OH 45103

Kaman Ind. Tech
11920 Carrier Court
Suite A, Branch 314
Louisville, KY 40299

Kastalon
4100 West 124th Place
Alsip, IL 60803

Kentuckiana Propane Exchange
3908 Cane Run Road
Louisville, KY 40211

Kentuckiana Wire Rope
3335 Industrial Parkway
Jeffersonville, IN 47130

Kentucky Pest Control
P.O. Box 405
Louisville, KY 40201

Kentucky Revenue Cabinet
Frankfort, KY 40619-0008


Kentucky State Treasurer
Department of Revenue
Frankfort, KY 40620-0003

Kentucky State Treasurer
Department of Revenue
Frankfort, KY 40619-0007

Keyence Corp. of America
Dept. Ch 17128
Palatine, IL 60055-7128

KF Group Inc.
4250-101 Regency Drive
Greensboro, NC 27410

Kieran Coogan
715 Lydgate Cove
Louisville, KY 40222

Kiplinger Letter
1729 H Street
Washington, DC 20006

Klein Brothers
1101 West Broadway
Louisville, KY 40203

Kraft Fluid Systems
P.O. Box 72128
Cleveland, OH 44192-0128

Krauth Electric Company
4742 Allmond Avenue
Louisville, KY 40209-4197

KTR Corporation
P.O. Box 4543
South Bend, IN 46634

Kustes Hydraulics
4623 Pinewood Road
Louisville, KY 40218

Kyana Packaging & Industrial
3592 Reliable Parkway
Chicago, IL 60686-0035

Landstar Express America
P.O. Box 651434
Charlotte, NC 28265-1434

Lang Company
540 South 13th Street
Louisville, KY 40203

Lebanon Power
451 East Main Street
Lebanon, KY 40033

Lee Controls
727 South Avenue
Piscataway, NJ 08854

Leeson Electric Corporation
3750 Solutions Center
Chicago, IL 60677

Leeson Electric Corporation
Bin #321
Milwaukee, WI 53288

Levee Lift, Inc.
922 Division Street
Evansville, IN 47711

LG&E
P.O. Box 537108
Atlanta, GA 30353-7108

LG&E
P.O. Box 32000
Louisville, KY 40232

Liberty Tool
P.O. Box 179
Muskegon, MI 49443-0179

Lifting Gear Hire Corporation
7431 West 90th Street
Bridgeview, IL 60455

Lincoln Motors
Bin #88036
Milwaukee, WI 53288-0036

Lincoln Tool
200 Commerce Parkway
Hodgenville, KY 42748

Linn Gear Company
P.O. Box 397
Lebanon, OR 97355-0397

Littelfuse Inc.
1258 Collection Center Drive
Chicago, IL 60693

Logan Clutch Corp.
28855 Ranney Parkway
Westlake, OH 44145

Logan Lavelle Hunt Ins. Agency
11420 Bluegrass Parkway
Louisville, KY 40299

Loma Systems
39425 Treasury Center
Chicago, IL 60694-9400

Loma Systems
283 East Lies Road
Carol Stream, IL 60188

Lou. Jeff. Co. Met. Rev. Comm.
P.O. Box 37740
Louisville, KY 40233-7740

Louisville Fluid Systems Techn
11633 Deerfield Road
Cincinnati, OH 45242

Louisville FOP
400 Wallace Avenue
Louisville, KY 40207

Louisville Mill Supply Co.
P.O. Box 1449
Louisville, KY 40201

Louisville Water Co.
P.O. Box 32460
Louisville, KY 40232-2460

Lovejoy, Inc. H
P.O. Box 95295
Palatine, IL 60095-0295

Lubesite Systems Inc.
808 Aviation Parkway
Suite 1400
Morrisville, NC 27560-6600

Lubo Industries
598 Oliver Drive
Troy, MI 48084

Lufkin Industries
P.O. Box 201331
Houston, TX 77216

M Q Automation
9851 Park Davis Drive
Indianapolis, IN 46235

Mac's Fire Protection
P.O. Box 72931
Louisville, KY 40272

Mac's Fire Protection
7703 National Turnpike
Louisville, KY 40214

Machine Drive Company
8919 Rossash Road
Cincinnati, OH 45236

Machine Drive Company
P.O. Box 569
Akron, OH 44309

Machine Guard & Cover Co.
4414 136th Avenue
Holland, MI 49424

Mader Bearing Supply Inc.
P.O. Box 950
Mobile, AL 36601

Magnaloy Coupling Company
P.O. Box 455
Alpena, MI 49707

Main Control Inc.
4201 Airport Road
Cincinnati, OH 45226

Manitou Company
P.O. Box 10526
Saint Paul, MN 55110

Manufacturer's Industrial Co.
1555 Green Forest Trail
Cumming, GA 30041

Manufacturers News, Inc.
1633 Central Street
Evanston, IL 60201-1569

Marine Industries Corp.
3303 Industrial Parkway
Jeffersonville, IN 47130

Mark E. Crush
6106 Regal Springs Drive
Louisville, KY 40205

Marland Clutch
23601 Hoover Road
Warren, MI 48089

Martin & Associates
10385 Spartan Drive
Cincinnati, OH 45215

Martin Engineering
2475 Paysphere Circle
Chicago, IL 60674

Martin Engineering
Dept. 4531
Carol Stream, IL 60122-4531

Martin Sprocket & Gear, Inc.
P.O. Box 974066
Dallas, TX 75397-4066

Maska
P.O. Box 95256
Chicago, IL 60694-5256

Mason-Dixon Information System
2905 Brownsboro Road
Louisville, KY 40206

MasterDrive, Inc.
701 Highland Avenue
P.O. Box 157
Fort Atkinson, WI 53538-0157

Matlock Electric Company Inc.
2780 Highland Avenue
Cincinnati, OH 45212

Maurey Manufacturing
P.O. Box 8
Holly Springs, MS 38635-0008

Maurey Manufacturing
410 Industrial Park Road
Holly Springs, MS 38635

Maxi-Lift, Inc.
Dura-Buket Company
P.O. Box 700008
Dallas, TX 75370-0008

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690

Mechanical Rubber & Supply Co.
P.O. Box 281
Tucker, GA 30085-0281

Meisner Roller Company
801 Taylorsville Road
Shelbyville, KY 40065

Melissa Royalty
260 Kennedy Lane
Richmond, KY 40475

Meter & Valve Co.
1195 South Pierce Street
Denver, CO 80232

Metro Fence Industries
4521 Bishop Lane
Louisville, KY 40218

Metro Lift Propane
1999 Outer Loop
Louisville, KY 40219

MG Newell
Bishop Lane, Suite 112
Louisville, KY 40218

Michel Tires Plus
434 East Market Street
Louisville, KY 40202

Midwest Caster & Wheel, Inc.
431 West Seymour Avenue
Cincinnati, OH 45216-1827

Midwest Drives, Inc.
P.O. Box 12544
Cincinnati, OH 45237

Midwest Electrical
5141 North 35th Street
Milwaukee, WI 53209

Midwest Industrial Sales, Inc.
1231 Nagel Road
Cincinnati, OH 45255

Midwest Power Products Inc.
235 South Lindberg Street
Griffith, IN 46319

Midwestern Industries Inc.
915 Oberlin Road SW
P.O. Box 810
Massillon, OH 44648-0810

Miether Bearing
8720 North County Road West
Odessa, TX 79764

Miller Bearing Company
420 Portage Boulevard
Kent, OH 44240

Miller Bearings
P.O. Box 861758
Orlando, FL 32886-1758

Miller Bearings
1132 53rd Court North
West Palm Beach, FL 33407

Mingston Electric Inc.
547 Coralridge Place
La Puente, CA 91746

Minuteman Press
3201 Fern Valley Road
Suite 112
Louisville, KY 40213

```
Minuteman Press
600 Distillery Commons
Suite 150
Louisville, KY 40206

Misumi USA Inc.
1105 Remington Road
Suite B
Schaumburg, IL 60173

Mitutoyo America Corp.
958 Corporate Boulevard, #1
Aurora, IL 60504

Mixer Systems Inc.
P.O. Box 10
Pewaukee, WI 53072

Moeller Electric Corporation
P.O. Box 62073
Houston, TX 77205

Moeller Electric Corporation
Regional Center-Midwest
5350 Transportation Boulevard
Suite 3
Cleveland, OH 44125

Mol Belting Company
P.O. Box 141095
2532 Waldorf Court N.W.
Grand Rapids, MI 49514-1095

Monarch Automation, Inc.
8890 Eagle Ridge Court
West Chester, OH 45069

Moreno Express, Inc.
P.O. Box 39292
Louisville, KY 40223

Mosier Fluid Power OH
2475 Technical Drive
Miamisburg, OH 45342

Motion Ind
P.O. Box 98412
Chicago, IL 60693-8412

Motion Specialists Int.
11435 Century Circle West
Cincinnati, OH 45246
```

Motion Specialists Int.
3647 O'Hara Road
Erlanger, KY 41018

Motor Systems, Inc.
501 TechniCenter Drive
Suite F
Milford, OH 45150

Motor Systems, Inc.
P.O. Box 691531
Cincinnati, OH 45269-1531

Motovario Corp.
818 Curie Drive
Alpharetta, GA 30005

Mouser Electronics
1000 North Main Street
Mansfield, TX 76063

Mr. Moly/Component Parts
P.O. Box 12542
Rochester, NY 14612-0542

Mulhern Belting, Inc.
P.O. Box 620
Oakland, NJ 07436

MVP Assemblies
P.O. Box 991673
Louisville, KY 40269-1673

Nachi
715 Pushville Road
Greenwood, IN 46143

Nachi America Inc.
Dept. 19398
Palatine, IL 60055-9398

National Bearing Co.
161-1 Industrial Parkway
Somerville, NJ 08876

Neil Lavielle Supply
P.O. Box 32740
Louisville, KY 40232

Neill-Lavielle Steel Division
P.O. Box 856300
Dept. 112
Louisville, KY 40285-6300

Newark
P.O. Box 94151
Palatine, IL 60094

Nexen Group, Inc.
NW-9912
P.O. Box 1450
Minneapolis, MN 55485

Nook Industries, Inc.
P.O. Box 951191
Cleveland, OH 44193

Nord Gear Corporation
P.O. Box 355
Dept. 5231
Dubuque, IA 52004-0355

Nord Gear Corporation
P.O. Box 3090
Dept. 5231
Milwaukee, WI 53201

North American Galvanizing
6310 Kenjoy Drive
Louisville, KY 40214

North Texas Valve & Mach
1216 North Hwy 377
Pilot Point, TX 76258

Northend Gear and Machine, Inc.
475 Security Drive
Fairfield, OH 45014

Novex, Inc.
258 Main Street
Wadsworth, OH 44281

Now Courier
4125 Clubview Drive
Fort Wayne, IN 46804

NSW, LLC
c/o ConWed Plastics, LLC
P.O. Box 79013
Baltimore, MD 21279-0013

NTN Bearing Corp. of America
22193 Network Place
Chicago, IL 60673-1221

Nugent Sand Company
P.O. Box 6072
Louisville, KY 40206

O.B. & E. Rubber Co.
2997 Industrial Parkway
Jeffersonville, IN 47130

Oasis Computer Solutions
200 Whittington Parkway
Suite 100
Louisville, KY 40222

Oasis Computer Solutions
9000 Wessex Place, Suite 301
Louisville, KY 40222

Office Depot
6600 North Military Trail
Boca Raton, FL 33496

Ohio Belting and Transmission
300 North Westwood
Toledo, OH 43607

Ohio Carbon
705 US Hwy 224
Nova, OH 44859

Ohio Casualty Co.
P.O. Box 5001
Hamilton, OH 45012-5001

Ohio Transmission & Pump Co.
P.O. Box 73278
Cleveland, OH 44193

Ohio Valley Asphalt
7700 Highway 329
Crestwood, KY 40014

Oil-Rite Corporation
P.O. Box 1207
Manitowoc, WI 54221-1207

Oiles America Corporation
44099 Plymouth Oaks Boulevard
Suite 109
Plymouth, MI 49170

Old Dominion Freight Line, Inc.
P.O. Box 198475
Atlanta, GA 30384-8475

Old Dominion Freight Line, Inc.
P.O. Box 60908
Charlotte, NC 28260-0908

Omni Metalcraft Corp.
P.O. Box 352
Alpena, MI 49707

Omron Electronics, LLC
P.O. Box 73285
Chicago, IL 60673-7285

On Location Blinds
12940 Fenwick Center Drive
Louisville, KY 40223

Orange County Bearings
1257 Batavia Street
Orange, CA 92867

Orr Safety
111601 Interchange Drive
Louisville, KY 40229

ORS NASCO
1021 Paysphere Circle
Chicago, IL 60674

Osborn International
23185 Network Place
Chicago, IL 60673-2318

Overly Hautz Company
P.O. Box 837
Lebanon, OH 45036-0837

Overnite
P.O. Box 79755
Baltimore, MD 21279-0755

P D Q Express
5743 Cross Bridge Way
Plainfield, IN 46168

P. T. International Corp.
P.O. Box 411244
Charlotte, NC 28241

P.C.I.
P.O. Box 115
Alpena, MI 49707

Pacific Bearing Co.
3114 Eagle Way
Chicago, IL 60678-1031

Padgett, Inc.
901 East 4th Street
New Albany, IN 47150

Paladin Commercial Group
3140 South Peoria Street
#119
Aurora, CO 80014

PARC
517 South 4th Street
Louisville, KY 40202

Parker Hannifin Corp.
7905 Collection Center Drive
Chicago, IL 60693

Parker Steel
4239 Monroe Street
Toledo, OH 43606

Parts and Electric Motors, Inc.
1400-34 North Cicero Avenue
Chicago, IL 60651

Patrick J. Kilburn, Esq.
Lloyd & McDaniel
11405 Park Road, Suite 200
Louisville, KY 40223

Peer Bearing
3663 Solutions Center
Lockbox #773663
Chicago, IL 60677-3006

Peer Chain Company
135 South LaSalle Street
Dept. 2286
Chicago, IL 60674-2286

Peerless Electronics
75 Remittance Drive
Suite 1422
Chicago, IL 60675-1422

Peerless Electronics
1815 South 7th Street
Louisville, KY 40208

Penn Ball Bearing Co.
P.O. Box 303
Riverside, NJ 08075

Pepperwood Catering
11803 Shelbyville Road
Louisville, KY 40222

Perfection Gear, Inc.
21453 Network Place
Chicago, IL 60673-1214

Petrochem Valve
2420 Husk
Houston, TX 77003

Phase Three Electric, Inc.
2115 East Market Street
New Albany, IN 47150

Philip Garber
1243 Shadow Brook Road
La Grange, KY 40031

Pimco
c/o SNA Financial Services
6427 West Hwy. 146, Ste. 1
Attn: Mr. Gene Walter
Crestwood, KY 40014

PJ Delivery Inc.
2210 Goldsmith Lane
Suite 208-A
Louisville, KY 40218

PJ Delivery Inc.
2206 Hikes Lane
Suite C
Louisville, KY 40218

PNC Bank
249 5th Avenue
Suite 30
Pittsburgh, PA 15222

Pneudraulics, Inc.
111 Brookside Drive
Nicholasville, KY 40356

Pobco, Inc.
99 Hope Avenue
Worcester, MA 01603-2298

Poklar Automation
10979 Reed Artman Hwy 316
Cincinnati, OH 45242

Popp Machine & Tool, Inc.
1463 South Brook Street
Louisville, KY 40208

Power & Rubber Supply, Inc.
P.O. Box 3069
Tuscaloosa, AL 35403

Power Rite Products
Div. of RAK Industries
690 Jersey Avenue
New Brunswick, NJ 08901

Precision Filtration Products
P.O. Box 218
Pennsburg, PA 18073-0218

Precision Tools Service
Dept. CH 19354
Palatine, IL 60055-9354

Precision Tools Service
4280 Reliable Parkway
Chicago, IL 60686-0042

Precision, Inc.
P.O. Box 310241
Des Moines, IA 50331

Premier Industrial Tech.
P.O. Box 4467
Pittsburgh, PA 15205

Prince Precision Maching, LLC
3013 McMahan Boulevard
Louisville, KY 40220

Pro Heat, Inc.
117 East Adam Street
La Grange, KY 40031

Process Machinery, Inc.
P.O. Box 37101
Louisville, KY 40233-7101

Producer Feeds
165 North Clay Street
Louisville, KY 40202

Professional Engineering
8007 Vinecrest Avenue
Suite 5
Louisville, KY 40222

Progressive Northern Ins. Co.
4241 Olympic Boulevard, Ste. 100
Erlanger, KY 41018

Prudential Insurance
122 Fairfax Avenue
Louisville, KY 40207

QTC/StockDrives
P.O. Box 95019
Chicago, IL 60694

Quality Bearing Components
P.O. Box 95019
Chicago, IL 60694-5019

Quality Electric Motor Service
8020 Vinecrest Avenue
Louisville, KY 40222

Quality Transmission Component
125 Railroad Avenue
New Hyde Park, NY 11040

Queen City Supply
P.O. Box 632132
Cincinnati, OH 45263-2132

R & J First Company
239 South Edgewood Avenue
Hamilton, OH 45013-2503

R & L Carriers, Inc.
P.O. Box 713153
Columbus, OH 43271-3153

R&M Welding Products, Inc.
P.O. Box 633605
105 Williams Way Wilde
Newport, KY 41076

R. J. Reynolds
401 North Main Street
Winston Salem, NC 27101

R.B. International, Inc.
256 Kruse Avenue
Monrovia, CA 91016

Rainbow Rubber & Plastics
1031-A MacArthur Road
Reading, PA 19605

Ramsey Products Corporation
3701 Performance Road
P.O. Box 668827
Charlotte, NC 28266-8827

Randall Bearing Inc.
P.O. Box 1258
Greenlawn Avenue and Lake Street
Lima, OH 45804

Randolph, Hale and Meredith Inc.
P.O. Box 1217
Bowling Green, KY 42102-1217

Randolph, Hale and Meredith Inc.
319 State Street
Bowling Green, KY 42101

Rapid Ind., Inc.
P.O. Box 19259
Louisville, KY 40259-0259

RBC Dain
4360 Brownsboro Road
Suite 115
Louisville, KY 40207

Reassure America Life Ins. Co.
P.O. Box 305153
Nashville, TN 37230-5153

Rebuilders, Inc.
P.O. Box 455
La Grange, KY 40031

Receivable Management Services
P.O. Box 20543
Lehigh Valley, PA 18002

RECO
1862 Production Court
Louisville, KY 40299

Recovery One
P.O. Box 20404
Columbus, OH 43220-0404

Red Express Delivery
P.O. Box 932
Covington, KY 41012-0932

Red Lion Controls
21551 Network Place
Chicago, IL 60673-1215

Refreshment Services of America
1870 Production Court
Louisville, KY 40299

Regina USA, Inc.
824 Chesapeake Drive
Cambridge, MD 21613

Regina USA, Inc.
305 East Mahn Court
Oak Creek, WI 53154

Regina USA, Inc.
305 East Mahn Court
Oak Creek, WI 53154

Reid Supply Co.
2265 Black Creek Road
Muskegon, MI 49444

Reliable Hot Shot Delivery
P.O. Box 607
Hillview, KY 40129-0607

Reliance Electric Co.
P.O. Drawer CS 198191
Atlanta, GA 30384

Renold, Inc.
P.O. Box 8000
Dept. 795
Buffalo, NY 14267

Republic Diesel
P.O. Box 35650
Louisville, KY 40232

Republic Pneumatics
P.O. Box 34007
Louisville, KY 40232

Reuland Electric
P.O. Box 40385
Cincinnati, OH 45240-0385

Rexnord Industries, Inc.
P.O. Box 93944
Chicago, IL 60673-3944

Richards Electric
226 East Jacob Street
Louisville, KY 40203

Richards Electric
4620 Reading Road
Cincinnati, OH 45229

Rick Coulter
325 Baxter Avenue
Louisville, KY 40204

Ritbearing Corp.
46 Foster Road, Suite 6
Hopewell Junction, NY 12533

Rocco J. Celebrezze
Celebrezze & Helline
The Starks Building
455 South Fourth Street
Louisville, KY 40202

Roger Devonshire
United Mercantile Company
4074 Mt. Royal Boulevard
Allison Park, PA 15101

Rollertech Mfg.
541 Industry Road
Suite 450
Louisville, KY 40208

Rome Eddleman Assoc. Inc.
620 Reliability Circle
Knoxville, TN 37932

Rotary Airlock, LLC
707 East 17th Street
Rock Falls, IL 61071

Roton Products Inc.
660 East Elliott
Saint Louis, MO 63122

Royal Bearing Inc.
P.O. Box 20098
Portland, OR 97294

Royal Steel Ball Products, Inc.
304 East 29th Street
P.O. Box 901
Sterling, IL 61081

Royersford Foundry
P.O. Box 190
Royersford, PA 19468

Rush Transportation & Logistic
P.O. Box 2810
Dayton, OH 45401

S & J Precision, Inc.
4239 Earnings Way
New Albany, IN 47150

S & K Construction, Inc.
4909 Greenwood Road
Louisville, KY 40258

Sage Software, Inc.
Attn: Customer Care Dept.
P.O. Box 849887
Dallas, TX 75284-9887

Saia Motor Company
P.O. Box 730532
Dallas, TX 75373

Sam's Club
P.O. Box 4537
Carol Stream, IL 60197-4537

Sampla Belting
61N Gates Avenue
Buffalo, NY 14218

Sampla Belting
40 Centre Drive
Orchard Park, NY 14127

Schatz Bearing Corporation
10 Fairview Avenue
Poughkeepsie, NY 12601

Scheerer Bearing
430 Caredean Drive
Horsham, PA 19044

Schwaab, Inc.
P.O. Box 3128
Milwaukee, WI 53201-3128

Scott Industrial Systems
P.O. Box 1387
Dayton, OH 45401

Screw Conveyor Corporation
700 Hoffman Street
Hammond, IN 46327

See Accurate Bushing
443 North Avenue
Garwood, NJ 07027

Seneca Insurance Companies
P.O. Box 11186A
New York, NY 10286-1186

Seneca Risk Services Inc.
P.O. Box 99369
Louisville, KY 40269

Service Caster Corporation
Riverfront Business Center
9 South First Avenue
Reading, PA 19611

SEW - Eurodrive, Inc.
c/o Patrick J. Kilburn, Esq.
Lloyd & McDaniel
11405 Park Road, Ste. 200
Louisville, KY 40223

Shelby County Fire Department
200 Alpine Drive
Shelbyville, KY 40065

Sherry Coulter
325 Baxter Avenue
Louisville, KY 40204

Shippers Supply Company
6950 Reliable Parkway
Chicago, IL 60686-0069

Shreveport Brassworks
300 Airport Drive
Shreveport, LA 71107

Sick/Stegmann, Inc.
7496 Webster Street
Dayton, OH 45414

Sign 4
545 Barret Avenue
Louisville, KY 40204

Simatec Smart Technologies
13900-C South Lakes Drive
Charlotte, NC 28273

SITI Industrial Products Inc.
17338 Westfield Park Road
Westfield, IN 46074

Skolnik Industries, Inc.

Smart Business Solutions, Inc.
350 Adams Street
Suite C-4
Louisville, KY 40206

Smart Money
P.O. Box 8464
Red Oak, IA 51591-1464

Smithsonian Institution
P.O. Box 62060
Tampa, FL 33662

Snider Bolt and Screw
P.O. Box 99567
Louisville, KY 40269-0567

Snider Bolt and Screw
11503 Champions Way
Louisville, KY 40299

SNR Bearings USA
P.O. Box 406046
Atlanta, GA 30384-6046

Solus Industrial Innovations
P.O. Box 905824
Charlotte, NC 28290-5824

Solus Industrial Innovations
P.O. Box 890839
Charlotte, NC 28289-0839

Southeastern Shafting Mfg. Inc.
Box 168
New Lexington, OH 43764

Southern Controls, Inc.
P.O. Box 210399
Montgomery, AL 36121-0399

Southside Machine
3761 Eiler Avenue
Saint Louis, MO 63116

Speed Control, Inc.
9 Carlisle Drive
Simpsonville, SC 29681

Speed Selector, Inc.
17050 Munn Road
Chagrin Falls, OH 44023

Speed Selector, Inc.
P.O. Box 560
Twinsburg, OH 44087

Spencer Machine
6205 Gheens Mill Road
Jeffersonville, IN 47130

Splawn Belting, Inc.
Power Transmission & Conveyor
P.O. Box 1299
Burlington, NC 27216-1299

SST Bearing Corporation
P.O. Box 692153
Cincinnati, OH 45269-2153

SST Conveyor Components, Inc.
154 Commerce Boulevard
Loveland, OH 45140

Stafford Manufacturing Corp.
256 Andover Street
Wilmington, MA 01887

Stamler Machine Company, Inc.
828 South 17th Street
Louisville, KY 40210

Stamps.com
12959 Coral Tree Place
Los Angeles, CA 90066-7020

Star Linear (Rexroth)
33920 Treasury Center
Chicago, IL 60694

State Electric
1977 Congressional Drive
Saint Louis, MO 63146

Stephens-Adamson
P.O. Box 933179
Atlanta, GA 31193-3179

Stephens-Adamson
1515 Desoto Avenue
Hwy. 49 S
Clarksdale, MS 38614

Sterling Electric, Inc.
P.O. Box 678285
Dallas, TX 75267-8285

Stober Drives, Inc.
P.O. Box 97
Maysville, KY 41056

Stober Drives, Inc.
P.O. Box 643248
Cincinnati, OH 45264-3248

Straeffer Pump & Supply, Inc.
6100 Oak Grove Road
Evansville, IN 47715

Strategic Bearing Supply
1506 Straus Road
Cedar Hill, TX 75104

Strategic Communications
1961 Bishop Lane
Louisville, KY 40218

Strong Hold Products
P.O. Box 9043
Louisville, KY 40209-0043

Sumitomo
P.O. Box 60638
Charlotte, NC 28260

Sumitomo
4200 Holland Boulevard
Chesapeake, VA 23323

SunSource
NW 7809
P.O. Box 1450
Minneapolis, MN 55485-7809

Super Home Systems
2175 Watterson Trail
Louisville, KY 40229

Superior Industries
P.O. Box 654
Morris, MN 56267

System Components Inc.
1635 Stieve Drive
South Haven, MI 49090

T. B. Wood's Incorporated
NW 5877
P.O. Box 1450
Minneapolis, MN 55485-5877

Tafel Motors, Inc.
4156 Shelbyville Road
Louisville, KY 40207

Talon Bearing Company
P.O. Box 64051
Souderton, PA 18964

Tapeswitch Corporation
100 Schmitt Boulevard
Farmingdale, NY 11735

Tec-Hackett
P.O. Box 8830
Fort Wayne, IN 46898-0015

Ted Enterprises, Inc.
P.O. Box 682
Crestwood, KY 40014

TEMCO
112 Commerce Boulevard
Loveland, OH 45140

Ten Cate Enbi
1703 McCall Drive
Shelbyville, IN 46176

Texas Bearings
412 South Jackson
Amarillo, TX 79101

Thal-Mor Associates, Inc.
P.O. Box 49489
Dayton, OH 45449

The Alarm Center
1400 North Providence Road
Suite 3055
Media, PA 19063

The Industrial Brush Co., Inc.
P.O. Box 869
Caldwell, NJ 07007

The Peerless Group
500 South Vandemark Road
Sidney, OH 45365

The Roho Group
100 North Florida Avenue
Belleville, IL 62221

The Timken Company
1100 Cherry Avenue, S.E.
P.O. Box 751580
Charlotte, NC 28275

The Verdin Company
444 Reading Road
Cincinnati, OH 45202

Thelco
2390 West Dartmouth Avenue
Englewood, CO 80110

Third Street Collision
3904 South Third Street
Louisville, KY 40214

THK America, Inc.
P.O. Box 70167
Chicago, IL 60673

TigerTek Industrial Services
2741 NC Hwy 135
Stoneville, NC 27048

Tool Repair Service Inc.
1200 Goss Avenue
Louisville, KY 40217

Toolmex
2015 S. Mitchell Boulevard
Schaumburg, IL 60193

Tork Products of Lima, Inc.
P.O. Box 5370
Fort Wayne, IN 46895-5370

Toronto Gear Works
39 Bertrand Avenue

Torq Corporation
32 West Monroe Street
Bedford, OH 44146

Torque Transmission
1246 High Street
Painesville, OH 44077

Torque, Inc.
201 Castleberry Court
Milford, OH 45150

Tower Automotive
311 Vanderbilt Drive
Bowling Green, KY 42104

Towersend Rubber Technologies
499 Roberts Avenue
Louisville, KY 40214

Transcom/Dichtomatik N. Amer.
1087 Park Place
Shakopee, MN 55379

Treez Service
508 Baxter Avenue
Louisville, KY 40204

Tri-State Plating Inc.
1125 South 12th Street
Louisville, KY 40210

Tri-Tronics Company, Inc.
7705 Cheri Court
Tampa, FL 33634-2419

Trio Engineering Products
1700 Vanderbilt Road
Birmingham, AL 35234

TW Telecom
P.O. Box 172567
Denver, CO 80217-2567

Two Trades Plumbing & Piping
6521 Greenwood Road
Louisville, KY 40258

U.S. Chamber of Commerce
1615 H. Street, NW
Washington, DC 20062-2000

U.S. Express Inc.
P.O. Box 4624
Louisville, KY 40204

U.S. Tsubaki
P.O. Box 92218
Chicago, IL 60675-2218

U.S. Tsubaki
P.O. Box 92218
Chicago, IL 60675-2218

Uline

Uni-Chains Mfg., Inc.
500 Brentwood Drive
Reading, PA 19611

Unique Tech.
42 Mileed Way
Avenel, NJ 07001

United Bearing
675 B South Royal Lane
Coppell, TX 75019-3805

United Bearing
P.O. Box 911879
Dallas, TX 75391-1879

United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577

United Parcel Service
P.O. Box 505820
The Lakes, NV 88905-5820

United Sales Distributors, Inc.
85 Morgantown Industrial Park
Morganton, GA 30560

United Sales Distributors, Inc.
4376 Corporate Square Boulevard
Naples, FL 34104

United Sales Distributors, Inc.
85 Morgantown Industrial Park
Morganton, GA 30560

United States Treasury
Internal Revenue Service
P.O. Box 660308
Dallas, TX 75266-0308

Universal Air
1819 Taylor Avenue
Suite A
Louisville, KY 40213

Universal Bearing Company
16191 Collections Center Drive
Chicago, IL 60693

Universal Bearing Company
P.O. Box 79001
Drawer 1581
Detroit, MI 48279-1581

Universal Coupling
8521 Lyndon
Detroit, MI 48238

University of Louisville
2301 S 3rd Street
Louisville, KY 40208

UPS Freight
28013 Network Place
Chicago, IL 60673-1280

UPS Freight
P.O. Box 79755
Baltimore, MD 21279-0755

UPS Supply Chain Solutions
Box 371232
Pittsburgh, PA 15250-7232

US Seal Mfg.
P.O. Box 13677
Chicago, IL 60693

US Seal Mfg.
155 Pierce Street
Somerset, NJ 08873

USF Holland
27052 Network Place
P.O. Box 79001
Chicago, IL 60673-1270

USF Holland
Drawer #5833
P.O. Box 79001
Detroit, MI 48279-5833

Vacon, Inc.
Lockbox 9011
P.O. Box 8500
Philadelphia, PA 19178

Valley Forge Life Ins. Co.
P.O. Box 10811
Clearwater, FL 33757-8811

Valvoline Instant Oil Change
40014 Eastern Parkway
Louisville, KY 40204

Van Gorp Corp.
P.O. Box 288
Pella, IA 50219

Van Zeeland
103 West North Avenue
P.O. Box 303
Little Chute, WI 54140

Vbralign Inc.
530G Southlake Boulevard
Richmond, VA 23236

Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505

Verizon Wireless
P.O. Box 630021
Dallas, TX 75263-0021

Vernon Sales Promotion
Dept. C
One Promotion Place
P.O. Box 600
Newton, IA 50208-2065

Vernon Sales Promotion
Dept. C
One Promotion Place
P.O. Box 600
Newton, IA 50208-2065

Versa-Mount Inc.
2482 Bright Star Road
Douglasville, GA 30134

VIBCO
75 Stilson Road
P.O. Box 8
Wyoming, RI 02898

Volunteers of America
1660 Duke Street
Alexandria, VA 22314

Von Ruden Mfg.
P.O. Box 699
Buffalo, MN 55313

W. R. Martin
1204 West Main Street
Louisville, KY 40203

Wasley Group
Precision Moulding, Inc.
87 Spring Lane
Plainville, CT 06062

Waste Management
Louisville Hauling
P.O. Box 9001054
Louisville, KY 40290-1054

Wayne's Lawn Service, Inc.
3930-B Bardstown Road
Louisville, KY 40218

Webex
1035 Breezewood Lane
Neenah, WI 54957

Wesco Distribution Inc.
3419 Bashford Avenue Court
Louisville, KY 40219

West American Rubber Company
Dept. 2877
Los Angeles, CA 90084-2877

West Coast Life Insurance Co.
2801 Highway 280 South
Birmingham, AL 35223

Weyhaeuser
1360 Durrett Lane
Louisville, KY 40213

Whittet Higgins
33 Higginson Avenue
P.O. Box 8
Central Falls, RI 02863

Wilkie Brothers Conveyors
P.O. Box 219
Marysville, MI 48040

Williams Cylinders & Controls
2450 Production Drive
Indianapolis, IN 46241

Win-Door
701 Courtland Boulevard
Deltona, FL 32738

Winlectric
P.O. Box 530957
Atlanta, GA 30353-0957

Winsmith Peerless-Winsmith
21611 Network Place
Chicago, IL 60673-1216

Worldwide Electric Corp.
P.O. Box 307
One Grove Street
Suite 201 B
Pittsford, NY 14534

```
WS Tyler
P.O. Box 632504
Cincinnati, OH 45263

Xspedius Communications
8115 Innovation Way
Chicago, IL 60682-0081

Xspedius Communications
462 South 4th Street
Suite 220
Louisville, KY 40202

Yellow Transportation, Inc.
P.O. Box 905587
Charlotte, NC 28290-5587

Yellow Transportation, Inc.
P.O. Box 905175
Charlotte, NC 28290-5175

Zero-Max Motion Control Produc
13200 Sixth Avenue North
Minneapolis, MN 55441-5509

Zip Express
P.O. Box 33101
Louisville, KY 40232
```

# United States Bankruptcy Court
## Western District of Kentucky

In re   **Mark Crush, LLC**
                    Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Mark Crush, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 27, 2011**
Date

**/s/ Michael W. McClain**
**Michael W. McClain**
Signature of Attorney or Litigant
Counsel for   **Mark Crush, LLC**
**Ballinger McClain, PLLC**
**9720 Park Plaza Avenue**
**Suite 102**
**Louisville, KY 40241**
**(502) 426-3215 Fax:(502) 426-3216**
**mike@kentuckytrial.com**